UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NELSON SEQUIERA, ORSAY ALEGRIA, ISMAEL CORDERO, and RAUL LOPEZ,

Plaintiff(s),

v.

U.S. DHS; U.S. ICE; THE WESTERN UNION COMPANY; CONTINENTAL EXCHANGE SOLUTIONS, INC.; VIAMERICAS CORPORATION; and DOLEX DOLLAR EXPRESS, INC.,

Defendant(s).

Case No. 4:22-cv-07996-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Sejal Zota, an active member in good standing of the bar of the state of North Carolina, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs Nelson Sequiera, Orsay Alegria, Ismael Cordero, Raul Lopez in the above-entitled action. My local co-counsel in this case is Yaman Salahi, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: SBN 288752.

| | |
|---|---|
| 95 Washington Street, Suite 104-149<br>Canton, MA 02021 | 150 California St., 18th Floor<br>San Francisco, California 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 617.812.2822 | 415.212.9300 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| sejal@justfutureslaw.org | ysalahi@edelson.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NC 36535.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court  0  times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/19/22

Sejal Zota
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sejal Zota is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/19/2022

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, do hereby certify that on July 13, 2007, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## Sejal Zota

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this August 15, 2022.

Grant E. Buckner
Clerk of the Supreme Court
of the State of North Carolina