Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
P. Solange Hilfinger-Pardo (SBN 320055)
shilfingerpardo@edelson.com
Edelson PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Sejal Zota (*pro hac vice*)
sejal@justfutureslaw.org
Dinesh McCoy (*pro hac vice*)
dinesh@justfutureslaw.org
Daniel Werner (SBN 322310)
daniel@justfutureslaw.org
Just Futures Law
95 Washington Street, Suite 104-149
Canton, MA 02021
Tel: 617.812.2822

*Attorneys for Plaintiffs and the proposed Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NELSON SEQUEIRA, ORSAY ALEGRIA, and ISMAEL CORDERO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; WESTERN UNION FINANCIAL SERVICES, INC., a Colorado corporation; CONTINENTAL EXCHANGE SOLUTIONS, INC., a Kansas corporation, d/b/a RIA FINANCIAL SERVICES and AFEX MONEY EXPRESS; VIAMERICAS CORPORATION, a Delaware Corporation; and DOLEX DOLLAR EXPRESS, INC., a Texas corporation,<br><br>*Defendants*. | Case No. 4:22-cv-07996-HSG<br>Hon. Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION AND ORDER RE: MONEY TRANSFER BUSINESS DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Action Filed: December 12, 2022<br>Trial Date: None Set |

## STIPULATION

WHEREAS, Plaintiffs Nelson Sequeira, Orsay Alegria, Ismael Cordero and Raul Lopez ("Plaintiffs") filed their complaint on December 12, 2022, *see* Docket No. 1;

WHEREAS, Plaintiffs and each of the then-named Money Transfer Business Defendants agreed to extend those Defendants' deadlines to respond to the Complaint to February 24, 2023, *see* Docket Nos. 19 (Dolex), 20 (Viamericas), 21 (Continental), and 31 (The Western Union Company);

WHEREAS, subsequently, counsel for The Western Union Company ("TWUC") advised Plaintiffs of their view that this Court lacked personal jurisdiction over TWUC because Plaintiffs had transacted with TWUC's subsidiary, Western Union Financial Services, Inc. ("WUFSI");

WHEREAS, based on TWUC's counsel's representations (but without conceding any legal positions), Plaintiffs agreed to substitute WUFSI as a named Defendant in lieu of TWUC;

WHEREAS, Plaintiffs effectuated that substitution by filing a First Amended Complaint as of right pursuant to Federal Rule of Civil Procedure 15(a)(1) on January 24, 2023, *see* Docket No. 38, wherein the following additional changes were made: Mr. Raul Lopez was removed as a named plaintiff, the spelling of Mr. Nelson Sequeira's name was corrected, and allegations with information based on recent news reports were added; and,

WHEREAS, Plaintiffs and counsel for the Money Transfer Business Defendants have met and conferred regarding a proposed schedule for these Defendants' responses to the First Amended Complaint, as well as a briefing schedule should any of the Money Transfer Business Defendants respond with a motion filed under Federal Rule of Civil Procedure 12.

**BASED ON THE FOREGOING, AND PURSUANT TO LOCAL CIVIL RULE 6- 1(b), THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE:**

The schedule should be revised as follows for Plaintiffs and the Money Transfer Business Defendants:

- Deadline to Respond to First Amended Complaint:  February 24, 2023;
- Plaintiffs' Deadline to Respond to Motion to Dismiss:  April 7, 2023; and
- Defendants' Reply in Support of Motion to Dismiss:  April 21, 2023.

**SO STIPULATED.**

| | |
|---|---|
| Dated: January 25, 2023 | By:  */s/ Yaman Salahi* <br> Rafey Balabanian (SBN 315962) <br> rbalabanian@edelson.com <br> Yaman Salahi (SBN 288752) <br> ysalahi@edelson.com <br> P. Solange Hilfinger-Pardo (SBN 320055) <br> shilfingerpardo@edelson.com <br> EDELSON PC <br> 150 California Street, 18th Floor <br> San Francisco, California 94111 <br> Tel: 415.212.9300 <br> Fax: 415.373.9435 <br><br> Sejal Zota (*pro hac vice*) <br> sejal@justfutureslaw.org <br> Dinesh McCoy (*pro hac vice*) <br> dinesh@justfutureslaw.org <br> Daniel Werner (SBN 322310) <br> daniel@justfutureslaw.org <br> JUST FUTURES LAW <br> 95 Washington Street, Suite 104-149 <br> Canton, MA 02021 <br> Tel: 617.812.2822 <br><br> *Attorneys for Individual and Representative Plaintiffs Nelson Sequeira, Orsay Alegria, and Ismael Cordero* |
| Dated: January 25, 2023 | PILLSBURY WINTHROP SHAW PITTMAN LLP <br><br> By:  */s/ Nathan M. Spatz* <br> Robert L. Wallan <br> Nathan M. Spatz <br> Christopher M. Butler <br> Jordan Rhodes <br><br> *Attorneys for Defendant Continental Exchange Solutions, Inc., d/b/a Ria Financial Services* |

-3-

JOINT STIPULATION RE: MONEY TRANSFER BUSINESS
DEFENDANTS' DEADLINES TO RESPOND TO FAC

Case No. 22-cv-07996-HSG

| | | |
|---|---|---|
| 1 | Dated:  January 25, 2023 | /s/ Sheila A.G. Armbrust |

Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Hille Sheppard (*pro hac vice*)
hsheppard@sidley.com
Stephen Chang (SBN 312580)
stephen.chang@sidley.com
SIDLEY AUSTIN LLP

*Attorneys for Defendant Western Union Financial Services, Inc.*

Dated:  January 25, 2023             /s/ Kristin Madigan

Warrington S. Parker (SBN 148003)
wparker@crowell.com
Kristin J. Madigan (SBN 233436)
kmadigan@crowell.com
Jacob Canter (SBN 324330)
jcanter@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone:  415.986.2800
Facsimile:  415.986.2827

Jennifer S. Romano (SBN 195953)
jromano@crowell.com
CROWELL & MORING LLP
515 South Flower Street, 40th Fl.
Los Angeles, CA 90071
Telephone:  213.622.4750
Facsimile:  213.622.2690

*Attorneys for Defendant Viamericas Corporation*

Dated:  January 25, 2023             /s/ Daniel B. Chammas

Daniel B Chammas (SBN 204825)
dchammas@fordharrison.com
Ford & Harrison LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA  90071
Telephone:   (213) 237-2400
Facsimile: (213) 237-2401

*Attorneys for Defendant, DOLEX DOLLAR*

-4-

JOINT STIPULATION RE: MONEY TRANSFER BUSINESS  Case No. 22-cv-07996-HSG
DEFENDANTS' DEADLINES TO RESPOND TO FAC

*EXPRESS, INC.*

### ATTESTATION OF ELECTRONIC SIGNATURE

I hereby attest that pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), I have obtained authorization from the above signatories representing Defendants to file the above-referenced document, and that the above signatories concur in the filing's content.

                                              */s/ Yaman Salahi*
                                                Yaman Salahi

**ORDER**

Pursuant to the foregoing stipulation and Local Civil Rule 6-1(b), the Court **ORDERS** as follows:

- Money Transfer Business Defendants' Deadline to Respond to First Amended Complaint: February 24, 2023;
- Plaintiffs' Deadline to Respond to Motion to Dismiss: April 7, 2023; and
- Money Transfer Business Defendants' Reply in Support of Motion to Dismiss: April 21, 2023;

**IT IS SO ORDERED.**

DATED:     1/26/2023

_____
The Honorable Haywood S. Gilliam, Jr.