BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
JULIA A. HEIMAN
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8480
Fax: (202) 616-8470
Email: julia.heiman@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| NELSON SEQUEIRA, *et al.*, | Case No.: 4:22-cv-07996-HSG |
| Plaintiffs, | |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | **ORDER** |

Pursuant to the parties' stipulated request, the briefing schedule for the Government Defendants' motion to dismiss the First Amended Complaint shall be as follows:

      Motion to Dismiss – February 24, 2023

      Response – April 7, 2023

      Reply – April 21, 2023

ORDER
Case No.: 22-cv-07996-HSG

| | |
|---|---|
| 1 | |
| 2 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 3 | |
| 4 | Dated:  2/8/2023 |
| 5 | HON. HAYWOOD S. GILLIAM, JR.<br>UNITED STATES DISTRICT JUDGE |