BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
JULIA A. HEIMAN
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8480
Fax: (202) 616-8470
Email: julia.heiman@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

|   |   |
|---|---|
| NELSON SEQUEIRA, *et al.*, | Case No.: 4:22-cv-07996-HSG |
| Plaintiffs, | |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | **ORDER** |

Pursuant to the parties' stipulated request, the briefing schedule for the Defendants' motions to dismiss the First Amended Complaint shall be as follows:

      Motion to Dismiss – March 3, 2023

      Response – April 14, 2023

Reply – April 28, 2023

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  2/17/2023

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE