# EXHIBIT A

2/24/23, 1:29 PM
Case 4:22-cv-07996-HSG Document 65-1 Filed 03/03/23 Page 2 of 2
Affordable, credit-building loans. We support your financial growth



## Oportun Personal Loans for people like you!

A loan with **OPORTUN** can cost you less.

Get prequalified in minutes without affecting your credit score.

Quick and easy personal loans from $300 to $10,000 (typical loans range from $500 to $7,500) and fixed, affordable payments to meet your budget.*

Get your money in cash. Plus, you can build your credit history.

**FIND A LOCATION** ➡

## No credit history needed to apply, just bring:

| Valid U.S or foreign ID | Proof of income | Proof of address |

\* Oportun personal loans offered through DolEx locations. By applying through DolEx, you agree that DolEx can use the contact information you provide for a loan application to also open a DolEx customer account for you. Loans subject to credit approval, with typical loans ranging from $500 to $7,500. Maximum loan amounts and terms vary by state, with unsecured personal loans above $6,000 not available in Florida and only to qualified returning customers in other states. Oportun reports account payment histories to select nationwide credit bureaus. While a prior credit history is not required to qualify, Oportun will request and consider consumer credit reports for all applicants. California loans made pursuant to a California Financing Law license. For loans made in other states, see licensing information available at Oportun.com.

➡ Oportun's website terms, privacy, and security policies apply to anyone who visits that site, which may be different than DolEx website policies. Please review each website's terms privacy and security policies to see how they apply to you.

## OPORTUN CLIENTS TESTIMONIALS

- About Us
- Community Involvement
- Careers
- FAQ
- News
- Contact Us

- Compliance Information
- Terms and Conditions
- Privacy Policy
- Elder Abuse
- Consumer Rights Request Form
- GLBA Notice
- Do Not Sell my Personal Information
- Disputes
- Licenses
- Texas Locations

Copyright © 2022 DolEx Dollar Express, Inc.