# EXHIBIT B



# STATE OF ARIZONA
# OFFICE OF ATTORNEY
# GENERAL
1275 West Washington
Phoenix, Arizona  85007
(602) 542-8427

# REQUEST TO PRODUCE RECORDS

TO:    Custodian of Records
Dolex Dollar Express
700 Highlander Blvd., Suite 450
Arlington, TX  76015
ATTN: Marco Naranjo
Compliance Officer

YOU ARE HEREBY COMMANDED, pursuant to A.R.S. § 13-2315, to produce for examination and copying by the Attorney General of the State of Arizona the following described records:

Data, including the data fields described on the attached Data Appendix, relating to each send and each receive transaction of $500 and greater, sent from or received in an area described as: all of each of the six Mexican states that share a border with the United States, to wit: Baja California Norte, Sonora, Chihuahua, Coahuila, Nuevo Leon, and Tamaulipas, all of the area within Arizona, and the area within California, New Mexico, or Texas that is within 200 miles of the United States/Mexico border on a monthly schedule as each such period becomes available, beginning with January 1, 2014 and ending with December 31, 2014.

The data is to be delivered electronically to the Arizona Attorney General's Office by delivery to its "SWBAMLA SFTP" (Secure File Transfer Protocol) site in a delimited text file format.

All information about transaction details must be contained in one, consolidated table and should only contain completed (sent and paid) transactions.  The database is to exclude Commercial Payment (customers paying bills to corporations and businesses and business sending to employees or customers) transactions.  A data dictionary should also be provided including a definition of each field, both of its formatting characteristics and plain-English meaning. All fields which are "coded", "lookups" or are abbreviations require the descriptions (full verbose values) to also be provided, including but not limited to country codes and identification types.

This request is made in connection with the lawful performance of my official duties as an Assistant Attorney General of the State of Arizona, in order to investigate racketeering as defined by A.R.S. § 13-2301(D)(4) or a violation of A.R.S. § 13-2312.  Your failure to comply in full with this request will subject you to the proceedings provided by A.R.S. § 13-2315(B).

NOTICE:  This is a felony investigation.  Either warning another person of impending felony prosecution or suppressing physical evidence by concealment, alteration or destruction in a felony investigation are each separate felonies. A.R.S. § 13-2510(2) and (5); § 13-2512.

Please contact the Arizona Attorney General's Office through its investigator Hal White at hal.white@azag.gov for any questions regarding production of this request and through its agent Leon Hunt at lhunt@visualanalytics.com for the secure VPN address, and to define a new CSV standard if necessary, for the data delivery.

D. Matthew Conti
Senior Litigation Counsel
Arizona Attorney General's Office

SUBSCRIBED AND SWORN to before me this 24ᵀʰ day of December, 2013 by D. Matthew Conti.

Notary Public

My Commission expires: 3-31-17

CAROL A. KEPPLER
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
March 31, 2017

## DATA APPENDIX AS LINE ITEMS

Money Transfer Control Number
Record date & time
Pay date & time
Principal
Sending operator name
Paying operator name
Sending agent number
Sending agent name
Sending agent address
Sending agent city
Sending Agent State
Sending agent zip code
Paying agent number
Paying agent name
Paying agent address
Paying agent city
Paying agent state
Paying agent zip code
Sending currency
Paying currency
Sending country
Paying country
Sender name
Sender address
Sender city
Sender state
Sender zip
Sender phone
Sender DOB
Sender occupation
S ender identification type
Sender identification type description
Sender identification issuer
Sender identification number
Sender SSN (ID2)
Payee name
Payee address
Payee city
Payee state
Payee zip
Payee phone
Payee DOB
Payee occupation
Payee identification type
Payee identification type description
Payee identification issuer
Payee identification number
Payee SSN (ID2)

## Certificate of Service

The undersigned swears (or affirms) that he/she served this Request to Produce Records and did so by personally sending the original by certified mail, return receipt requested, to Custodian of Records, Dolex Dollar Express, 700 Highlander Blvd., Suite 450, Arlington, TX  76015, Attn: Marco Naranjo and faxing and emailing to fax number (817) 548-4754, and email marconaranjo@dolex.net at 2 45ρ.m on the 27 day of December, 2013.


Officer or Agent

SUBSCRIBED AND SWORN to before me this 27th day of December, 2013 by Carol Keppler.

_Sandra J. Porth_
Notary Public

My Commission Expires:

8/21/2014

OFFICIAL SEAL
SANDRA J. PORTH
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Aug. 21, 2014



**STATE OF ARIZONA**
**OFFICE OF ATTORNEY**
**GENERAL**
1275 West Washington
Phoenix, Arizona  85007
(602) 542-8427

# REQUEST TO PRODUCE RECORDS

TO:   Custodian of Records
Dolex Dollar Express
700 Highlander Blvd., Suite 450
Arlington, TX  76015
ATTN: Marco Naranjo
Compliance Officer

YOU ARE HEREBY COMMANDED, pursuant to A.R.S. § 13-2315, to produce for examination and copying by the Attorney General of the State of Arizona the following described records:

Data, including the data fields described on the attached Data Appendix, relating to each send and each receive transaction of $500 and greater, sent to or from the states of Arizona, California, New Mexico, Texas and the country of Mexico on a monthly schedule as each such period becomes available, beginning with January 1, 2015 and ending with December 31, 2015.

The data is to be delivered electronically to the Arizona Attorney General's Office by delivery to its "SWBAMLA SFTP" (Secure File Transfer Protocol) site in a delimited text file format.

All information about transaction details must be contained in one, consolidated table and should only contain completed (sent and paid) transactions.  The database is to exclude Commercial Payment (customers paying bills to corporations and businesses and business sending to employees or customers) transactions.  A data dictionary should also be provided including a definition of each field, both of its formatting characteristics and plain-English meaning.  All fields which are "coded", "lookups" or are abbreviations require the descriptions (full verbose values) to also be provided, including but not limited to country codes and identification types.

This request is made in connection with the lawful performance of my official duties as an Assistant Attorney General of the State of Arizona, in order to investigate racketeering as defined by A.R.S. § 13-2301(D)(4) or a violation of

A.R.S. § 13-2312. Your failure to comply in full with this request will subject you to the proceedings provided by A.R.S. § 13-2315(B).

NOTICE: This is a felony investigation. Either warning another person of impending felony prosecution or suppressing physical evidence by concealment, alteration or destruction in a felony investigation are each separate felonies. A.R.S. § 13-2510(2) and (5); § 13-2512.

Please contact the Arizona Attorney General's Office through its investigator Ron Sterrett at ron.sterrett@azag.gov for any questions regarding production of this request and through its agent Mike Robinson at mrobinson@visualanalytics.com for the secure VPN address, and to define a new CSV standard if necessary, for the data delivery.



D. Matthew Conti
Senior Litigation Counsel
Arizona Attorney General's Office


SUBSCRIBED AND SWORN to before me this ___7th___ day of January, 2015 by D. Matthew Conti.


Carol a. Keppler
Notary Public

My Commission expires: _MARCH 31, 2017_



CAROL A. KEPPLER
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
March 31, 2017

## DATA APPENDIX AS LINE ITEMS

Money Transfer Control Number
Record date & time
Pay date & time
Principal
Sending operator name
Paying operator name
Sending agent number
Sending agent name
Sending agent address
Sending agent city
Sending Agent State
Sending agent zip code
Paying agent number
Paying agent name
Paying agent address
Paying agent city
Paying agent state
Paying agent zip code
Sending currency
Paying currency
Sending country
Paying country
Sender name
Sender address
Sender city
Sender state
Sender zip
Sender phone
Sender DOB
Sender occupation
Sender identification type
Sender identification type description
Sender identification issuer
Sender identification number
Sender SSN (ID2)
Payee name
Payee address
Payee city
Payee state
Payee zip
Payee phone
Payee DOB
Payee occupation
Payee identification type
Payee identification type description
Payee identification issuer
Payee identification number
Payee SSN (ID2)

## Certificate of Service

The undersigned swears (or affirms) that he/she served this Request to Produce Records and did so by personally sending the original by certified mail, return receipt requested, to Custodian of Records, Dolex Dollar Express, 700 Highlander Blvd., Suite 450, Arlington, TX  76015, Attn: Marco Naranjo and faxing and emailing to fax number (817) 548-4754, and email marconaranjo@dolex.net at _1022 A_.m on the _8ᵗʰ_ day of January, 2015.

#379

_____
Officer or Agent

SUBSCRIBED AND SWORN to before me this _8ᵗʰ_ day of January, 2015 by _Ron Sterrett_ .

_____
Notary Public

My Commission Expires:

_MARCH 31, 2017_

CAROL A. KEPPLER
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
March 31, 2017



**STATE OF ARIZONA**
**OFFICE OF ATTORNEY**
**GENERAL**
1275 West Washington
Phoenix, Arizona  85007
(602) 542-8475

# REQUEST TO PRODUCE RECORDS

TO:    Custodian of Records
       DolEx Dollar Express, Inc.
       700 Highlander Blvd., Suite 450
       Arlington, TX  76015
       ATTN: Marco Naranjo
       Compliance Officer

    YOU ARE HEREBY COMMANDED, pursuant to A.R.S. § 13-2315, to produce for examination and copying by the Attorney General of the State of Arizona the following described records:

    Data, including the data fields described on the attached Data Appendix, relating to each send and each receive transaction of $500 and greater, sent to or from the states of Arizona, California, New Mexico, Texas and the country of Mexico on a bi-monthly schedule, beginning with January 1, 2016 and ending with December 31, 2016.

    The data is to be delivered electronically to the Arizona Attorney General's Office by delivery to its "SWBAMLA SFTP" (Secure File Transfer Protocol) site in a delimited text file format.

    All information about transaction details must be contained in one, consolidated table and should only contain completed (sent and paid) transactions.  The database is to exclude Commercial Payment (customers paying bills to corporations and businesses and business sending to employees or customers) transactions.  A data dictionary should also be provided including a definition of each field, both of its formatting characteristics and plain-English meaning.  All fields which are "coded", "lookups" or are abbreviations require the descriptions (full verbose values) to also be provided, including but not limited to country codes and identification types.

    This request is made in connection with the lawful performance of my official duties as an Assistant Attorney General of the State of Arizona, in order to investigate racketeering as defined by A.R.S. § 13-2301(D)(4) or a violation of

*Received 1/5/2016*

A.R.S. § 13-2312.  Your failure to comply in full with this request will subject you to the proceedings provided by A.R.S. § 13-2315(B).

NOTICE:  This is a felony investigation.  Either warning another person of impending felony prosecution or suppressing physical evidence by concealment, alteration or destruction in a felony investigation are each separate felonies. A.R.S. § 13-2510(2) and (5); § 13-2512.

Please contact the Arizona Attorney General's Office through its investigator Ron Sterrett at ron.sterrett@azag.gov for any questions regarding production of this request and through its agent Mike Robinson at mike.robinson@raytheon.com  for the secure VPN address, and to define a new CSV standard if necessary, for the data delivery.


_____
Kalon Metz
Assistant Attorney General
Arizona Attorney General's Office


SUBSCRIBED AND SWORN to before me this _30th_ day of December, 2015 by Kalon Metz.


_Carol a. Keppler_
Notary Public

My Commission expires: _MARCH 31, 2017_

CAROL A. KEPPLER
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
March 31, 2017

## Certificate of Service

The undersigned swears (or affirms) that he/she served this Request to Produce Records and did so by personally sending the original by certified mail, return receipt requested, to Custodian of Records, DolEx Dollar Express, Inc. 700 Highlander Blvd., Suite 450, Arlington, TX  76015, Attn: Marco Naranjo and faxing and emailing to fax number (817) 548-4754, and email marco.naranjo@dolex.com  at 4:44 p.m on the 30 day of December, 2015.

_____
Officer or Agent

SUBSCRIBED AND SWORN to before me this 30 day of December, 2015 by Vincent Piano .

_____
Notary Public

My Commission Expires:

March 31, 2017

CAROL A. KEPPLER
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
March 31, 2017

## DATA APPENDIX AS LINE ITEMS

Money Transfer Control Number
Record date & time
Pay date & time
Principal
Sending operator name
Paying operator name
Sending agent number
Sending agent name
Sending agent address
Sending agent city
Sending Agent State
Sending agent zip code
Paying agent number
Paying agent name
Paying agent address
Paying agent city
Paying agent state
Paying agent zip code
Sending currency
Paying currency
Sending country
Paying country
Sender name
Sender address
Sender city
Sender state
Sender zip
Sender phone
Sender DOB
Sender occupation
Sender identification type
Sender identification type description
Sender identification issuer
Sender identification number
Sender SSN (ID2)
Payee name
Payee address
Payee city
Payee state
Payee zip
Payee phone
Payee DOB
Payee occupation
Payee identification type
Payee identification type description
Payee identification issuer
Payee identification number
Payee SSN (ID2)



**STATE OF ARIZONA
OFFICE OF ATTORNEY
GENERAL**
1275 West Washington
Phoenix, Arizona  85007
(602) 542-8431

# REQUEST TO PRODUCE RECORDS

TO:    Custodian of Records
       DolEx Dollar Express, Inc.
       700 Highlander Blvd., Suite 450
       Arlington, TX  76015
       ATTN: Marco Naranjo
       Compliance Officer

YOU ARE HEREBY COMMANDED, pursuant to A.R.S. § 13-2315, to produce for examination and copying by the Attorney General of the State of Arizona the following described records:

Data, including the data fields described on the attached Data Appendix, relating to each send and each receive transaction of $500 and greater, sent to or from the states of Arizona, California, New Mexico, Texas and the country of Mexico on a bi-monthly schedule, beginning with January 1, 2017 and ending with December 31, 2017.

The data is to be delivered electronically to the Arizona Attorney General's Office by delivery to its " SFTP" (Secure File Transfer Protocol) site in a delimited text file format.

All information about transaction details must be contained in one, consolidated table and should only contain completed (sent and paid) transactions.  The database is to exclude Commercial Payment (customers paying bills to corporations and businesses and business sending to employees or customers) transactions.  A data dictionary should also be provided including a definition of each field, both of its formatting characteristics and plain-English meaning.  All fields which are "coded", "lookups" or are abbreviations require the descriptions (full verbose values) to also be provided, including but not limited to country codes and identification types.

This request is made in connection with the lawful performance of my official duties as an Assistant Attorney General of the State of Arizona, in order to investigate racketeering as defined by A.R.S. § 13-2301(D)(4) or a violation of

A.R.S. § 13-2312.  Your failure to comply in full with this request will subject you to the proceedings provided by A.R.S. § 13-2315(B).

NOTICE:  This is a felony investigation.  Either warning another person of impending felony prosecution or suppressing physical evidence by concealment, alteration or destruction in a felony investigation are each separate felonies. A.R.S. § 13-2510(2) and (5); § 13-2512.

Please contact the Arizona Attorney General's Office through its investigator Ron Sterrett at ron.sterrett@azag.gov for any questions regarding production of this request and through its agent Mike Robinson at mike.robinson@forcepoint.com  for the secure VPN address, and to define a new CSV standard if necessary, for the data delivery.

Kalon Metz
Assistant Attorney General
Arizona Attorney General's Office

SUBSCRIBED AND SWORN to before me this _20th_ day of December, 2016 by Kalon Metz.

Carol a Keppler
Notary Public

My Commission expires:  _MARCH 31, 2017_

CAROL A. KEPPLER
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
March 31, 2017

## DATA APPENDIX AS LINE ITEMS

Money Transfer Control Number
Record date & time
Pay date & time
Principal
Sending operator name
Paying operator name
Sending agent number
Sending agent name
Sending agent address
Sending agent city
Sending Agent State
Sending agent zip code
Paying agent number
Paying agent name
Paying agent address
Paying agent city
Paying agent state
Paying agent zip code
Sending currency
Paying currency
Sending country
Paying country
Sender name
Sender address
Sender city
Sender state
Sender zip
Sender phone
Sender DOB
Sender occupation
Sender identification type
Sender identification type description
Sender identification issuer
Sender identification number
Sender SSN (ID2)
Payee name
Payee address
Payee city
Payee state
Payee zip
Payee phone
Payee DOB
Payee occupation
Payee identification type
Payee identification type description
Payee identification issuer
Payee identification number
Payee SSN (ID2)

## Certificate of Service

The undersigned swears (or affirms) that he/she served this Request to Produce Records and did so by personally sending the original by certified mail, return receipt requested, to Custodian of Records, DolEx Dollar Express, Inc. 700 Highlander Blvd., Suite 450, Arlington, TX 76015, Attn: Marco Naranjo and faxing and emailing to fax number (817) 548-4754 and email to marco.naranjo@dolex.com at 2:45p m on the 20th day of December, 2016.

_O SL_    O'SHEA

Officer or Agent

SUBSCRIBED AND SWORN to before me this 20th day of December, 2016 by Peggy O'Shea .

Carol Keppler

Notary Public

My Commission Expires:

MARCH 31, 2017

CAROL A. KEPPLER
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
March 31, 2017



**STATE OF ARIZONA**
**OFFICE OF ATTORNEY GENERAL**

2005 North Central Avenue
Phoenix, Arizona  85004
(602) 542-8431

# REQUEST TO PRODUCE RECORDS

TO:    Custodian of Records
       Dolex Dollar Express, Inc.
       700 Highlander Blvd., Suite 450
       Arlington, TX  76015

       YOU ARE HEREBY COMMANDED, pursuant to A.R.S. § 13-2315, to produce
for examination and copying by the Attorney General of the State of Arizona the
following described records:

       Data, including the data fields described on the attached Data Appendix, relating
to each send and each receive transaction of $500 and greater, sent to or from the
states of Arizona, California, New Mexico, Texas and the country of Mexico on a
monthly schedule as each such period becomes available, beginning with January 1,
2018 and ending with December 31, 2018.

       The data is to be delivered electronically to the Arizona Attorney General's Office
by delivery to its "SFTP" (Secure File Transfer Protocol) site in a delimited text files
format.

       All information about transaction details must be contained in one, consolidated
table and should only contain completed (sent and paid) transactions.  The database is
to exclude Commercial Payment (customers paying bills to corporations and businesses
and business sending to employees or customers) transactions.  A data dictionary
should also be provided including a definition of each field, both of its formatting
characteristics and plain-English meaning.  All fields which are "coded", "lookups" or are
abbreviations require the descriptions (full verbose values) to also be provided,
including but not limited to country codes and identification types.

This request is made in connection with the lawful performance of my official duties as an Assistant Attorney General of the State of Arizona, in order to investigate racketeering as defined by A.R.S. § 13-2301(D)(4) or a violation of A.R.S. § 13-2312. Your failure to comply in full with this request will subject you to the proceedings provided by A.R.S. § 13-2315(B).

NOTICE:  This is a felony investigation.  Either warning another person of impending felony prosecution or suppressing physical evidence by concealment, alteration or destruction in a felony investigation are each separate felonies.  A.R.S. § 13-2510(2) and (5); § 13-2512.

Please contact the Arizona Attorney General's Office through its investigator Ron Sterrett at ron.sterrett@azag.gov for any questions regarding production of this request and through its agent Mike Robinson at mike.robinson@forcepoint.com  for the secure VPN address, and to define a new CSV standard if necessary, for the data delivery.

_____
Kalon Metz
Assistant Attorney General
Arizona Attorney General's Office


SUBSCRIBED AND SWORN to before me this _3rd_ day of January, ~~2017~~ 2018 by Kalon Metz.


_Carol A. Keppler_
Notary Public

My Commission expires: _MARCH 31, 2021_



CAROL A. KEPPLER
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
March 31, 2021

## DATA APPENDIX AS LINE ITEMS

Money Transfer Control Number
Record date & time
Pay date & time
Principal
Sending operator name
Paying operator name
Sending agent number
Sending agent name
Sending agent address
Sending agent city
Sending Agent State
Sending agent zip code
Paying agent number
Paying agent name
Paying agent address
Paying agent city
Paying agent state
Paying agent zip code
Sending currency
Paying currency
Sending country
Paying country
Sender name
Sender address
Sender city
Sender state
Sender zip
Sender phone
Sender DOB
Sender occupation
Sender identification type
Sender identification type description
Sender identification issuer
Sender identification number
Sender SSN (ID2)
Payee name
Payee address
Payee city
Payee state
Payee zip
Payee phone
Payee DOB
Payee occupation
Payee identification type

Payee identification type description
Payee identification issuer
Payee identification number
Payee SSN (ID2)


And:

**Web Based Transfers:**


**Sender IP Address** used during web account creation
**Sender IP Address** used to send transaction
**Sender Email Address** used to create web based account
**Sender Email Address** used to send transaction
**Sender Source Account Number**
**Sender Name on Web Based Account**
**Sender Included reasons for transaction (if any)**

## Certificate of Service

The undersigned swears (or affirms) that he/she served this Request to Produce Records and did so by personally sending the original by certified mail, return receipt requested, to Custodian of Records, Dolex Dollar Express, Inc., 700 Highlander Blvd, Suite 450, Arlington, TX  76015 and emailing a copy to marco.naranjo@dolex.com and faxing to (817) 548-4754 at _1:20p_.m on the _4th_ day of  January, ~~2017~~ _2018_

_379_

Officer or Agent

SUBSCRIBED AND SWORN to before me this _4th_ day of January, ~~2017~~ _2018_ by _Ron Sterrett_.

_Carol A. Keppler_

Notary Public

My Commission Expires:

_MARCH 31, 2021_

CAROL A. KEPPLER
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
March 31, 2021



**STATE OF ARIZONA**
**OFFICE OF ATTORNEY GENERAL**

2005 North Central Avenue
Phoenix, Arizona  85004
(602) 542-8465

# REQUEST TO PRODUCE RECORDS

TO:   Custodian of Records
      Dolex Dollar Express, Inc.
      700 Highlander Blvd., Suite 450
      Arlington, TX  76015


   YOU ARE HEREBY COMMANDED, pursuant to A.R.S. § 13-2315, to produce for examination and copying by the Attorney General of the State of Arizona the following described records:

   Data, including the data fields described on the attached Data Appendix, relating to each send and each receive transaction of $500 and greater, sent to or from the states of Arizona, California, New Mexico, Texas and the country of Mexico on a monthly schedule as each such period becomes available, beginning with January 1, 2019 and ending with June 30, 2019.  **(PLEASE NOTE AN ADDITIONAL DATA FIELD HAS BEEN ADDED TO THE DATA APPENDIX REQUESTING REFERENCE TO THE SUBPOENA IDENTIFICATION NUMBER.  FOR THIS DATA FIELD PLEASE INCLUDE REFERENCE NUMBER:  AZAG2019RTP1).**

   The data is to be delivered electronically to the Arizona Attorney General's Office by delivery to its "SFTP" (Secure File Transfer Protocol) site in a delimited text files format.

   All information about transaction details must be contained in one, consolidated table and should only contain completed (sent and paid) transactions.  The database is to exclude Commercial Payment (customers paying bills to corporations and businesses and business sending to employees or customers) transactions.  A data dictionary should also be provided including a definition of each field, both of its formatting characteristics and plain-English meaning.  All fields which are "coded", "lookups" or are abbreviations require the descriptions (full verbose values) to also be provided, including but not limited to country codes and identification types.

This request is made in connection with the lawful performance of my official duties as an Assistant Attorney General of the State of Arizona, in order to investigate racketeering as defined by A.R.S. § 13-2301(D)(4) or a violation of A.R.S. § 13-2312. Your failure to comply in full with this request will subject you to the proceedings provided by A.R.S. § 13-2315(B).

NOTICE:  This is a felony investigation.  Either warning another person of impending felony prosecution or suppressing physical evidence by concealment, alteration or destruction in a felony investigation are each separate felonies.  A.R.S. § 13-2510(2) and (5); § 13-2512.

Please contact the Arizona Attorney General's Office through its Investigator Chad Brink at chad.brink@azag.gov for any questions regarding production of this request and through its agent Mike Robinson at mike.robinson@forcepoint.com  for the secure VPN address, and to define a new CSV standard if necessary, for the data delivery.

Kalon Metz
Assistant Attorney General
Arizona Attorney General's Office


SUBSCRIBED AND SWORN to before me this 1⁴ᵗʰ day of January, 2019 by Kalon Metz.

MARIDE D. JUAREZ-JONES
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires Oct. 9, 2019

Notary Public

My Commission expires: 10 / 09 / 2019

## DATA APPENDIX AS LINE ITEMS

Subpoena Identification Number: **AZAG2019RTP1**
Money Transfer Control Number
Record date & time
Pay date & time
Principal
Sending operator name
Paying operator name
Sending agent number
Sending agent name
Sending agent address
Sending agent city
Sending Agent State
Sending agent zip code
Paying agent number
Paying agent name
Paying agent address
Paying agent city
Paying agent state
Paying agent zip code
Sending currency
Paying currency
Sending country
Paying country
Sender name
Sender address
Sender city
Sender state
Sender zip
Sender phone
Sender DOB
Sender occupation
Sender identification type
Sender identification type description
Sender identification issuer
Sender identification number
Sender SSN (ID2)
Payee name
Payee address
Payee city
Payee state
Payee zip
Payee phone
Payee DOB
Payee occupation

Payee identification type
Payee identification type description
Payee identification issuer
Payee identification number
Payee SSN (ID2)

And:

**Web Based Transfers:**

**Sender IP Address** used during web account creation
**Sender IP Address** used to send transaction
**Sender Email Address** used to create web based account
**Sender Email Address** used to send transaction
**Sender Source Account Number**
**Sender Name on Web Based Account**
**Sender Included reasons for transaction (if any)**

## **Certificate of Service**

The undersigned swears (or affirms) that he/she served this Request to Produce Records and did so by personally sending the original by certified mail, return receipt requested, to Custodian of Records, Dolex Dollar Express, Inc., 700 Highlander Blvd, Suite 450, Arlington, TX  76015 and emailing a copy to marco.naranjo@dolex.com and faxing to (817) 548-4754 at _2:10_ _p_.m on the _14th_ day of January, 2019.

_____
Officer or Agent

SUBSCRIBED AND SWORN to before me this _14_ day of January, 2019 by Chad Brink.

_____
Notary Public

My Commission Expires:

_4/19/2020_

GILDA MARTINEZ
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
April 19, 2020



**STATE OF ARIZONA**
**OFFICE OF ATTORNEY GENERAL**

2005 North Central Avenue
Phoenix, Arizona  85004
(602) 542-8465

# REQUEST TO PRODUCE RECORDS

TO:   Custodian of Records
        Dolex Dollar Express, Inc.
        700 Highlander Blvd., Suite 450
        Arlington, TX  76015


        YOU ARE HEREBY COMMANDED, pursuant to A.R.S. § 13-2315, to produce for examination and copying by the Attorney General of the State of Arizona the following described records:

        Data, including the data fields described on the attached Data Appendix, relating to each send and each receive transaction of $500 and greater, sent to or from the states of Arizona, California, New Mexico, Texas and the country of Mexico on a monthly schedule as each such period becomes available, beginning with July 1, 2019 and ending with December 31, 2019.  **(PLEASE NOTE AN ADDITIONAL DATA FIELD HAS BEEN ADDED TO THE DATA APPENDIX REQUESTING REFERENCE TO THE SUBPOENA IDENTIFICATION NUMBER.  FOR THIS DATA FIELD PLEASE INCLUDE REFERENCE NUMBER:  AZAG2019RTP1).**

        The data is to be delivered electronically to the Arizona Attorney General's Office by delivery to its "SFTP" (Secure File Transfer Protocol) site in a delimited text files format.

        All information about transaction details must be contained in one, consolidated table and should only contain completed (sent and paid) transactions.  The database is to exclude Commercial Payment (customers paying bills to corporations and businesses and business sending to employees or customers) transactions.  A data dictionary should also be provided including a definition of each field, both of its formatting characteristics and plain-English meaning.  All fields which are "coded", "lookups" or are abbreviations require the descriptions (full verbose values) to also be provided, including but not limited to country codes and identification types.

This request is made in connection with the lawful performance of my official duties as an Assistant Attorney General of the State of Arizona, in order to investigate racketeering as defined by A.R.S. § 13-2301(D)(4) or a violation of A.R.S. § 13-2312. Your failure to comply in full with this request will subject you to the proceedings provided by A.R.S. § 13-2315(B).

NOTICE:  This is a felony investigation.  Either warning another person of impending felony prosecution or suppressing physical evidence by concealment, alteration or destruction in a felony investigation are each separate felonies.  A.R.S. § 13-2510(2) and (5); § 13-2512.

Please contact the Arizona Attorney General's Office through its Investigator Chad Brink at chad.brink@azag.gov for any questions regarding production of this request and through its agent Mike Robinson at mike.robinson@forcepoint.com  for the secure VPN address, and to define a new CSV standard if necessary, for the data delivery.

Kalon Metz
Assistant Attorney General
Arizona Attorney General's Office


SUBSCRIBED AND SWORN to before me this 10 day of June, 2019 by Kalon Metz.


Notary Public

MARIDE D. JUAREZ-JONES
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires Oct. 9, 2019

My Commission expires: ___10|09 | 2019___

## DATA APPENDIX AS LINE ITEMS

Subpoena Identification Number: **AZAG2019RTP1**
Money Transfer Control Number
Record date & time
Pay date & time
Principal
Sending operator name
Paying operator name
Sending agent number
Sending agent name
Sending agent address
Sending agent city
Sending Agent State
Sending agent zip code
Paying agent number
Paying agent name
Paying agent address
Paying agent city
Paying agent state
Paying agent zip code
Sending currency
Paying currency
Sending country
Paying country
Sender name
Sender address
Sender city
Sender state
Sender zip
Sender phone
Sender DOB
Sender occupation
Sender identification type
Sender identification type description
Sender identification issuer
Sender identification number
Sender SSN (ID2)
Payee name
Payee address
Payee city
Payee state
Payee zip
Payee phone
Payee DOB
Payee occupation

Payee identification type
Payee identification type description
Payee identification issuer
Payee identification number
Payee SSN (ID2)


And:

**Web Based Transfers:**


**Sender IP Address** used during web account creation
**Sender IP Address** used to send transaction
**Sender Email Address** used to create web based account
**Sender Email Address** used to send transaction
**Sender Source Account Number**
**Sender Name on Web Based Account**
**Sender Included reasons for transaction (if any)**

## Certificate of Service

The undersigned swears (or affirms) that he/she served this Request to Produce Records and did so by personally sending the original by certified mail, return receipt requested, to Custodian of Records, Dolex Dollar Express, Inc., 700 Highlander Blvd, Suite 450, Arlington, TX  76015 and emailing to a copy to marco.naranjo@dolex.com and faxing to (817) 548-4754 at _2:05_ p.m on the _10th_ day of June, 2019.

_____
Officer or Agent

SUBSCRIBED AND SWORN to before me this _10th_ day of June, 2019 by Chad Brink.

_____
Notary Public

My Commission Expires:

_4/19/2020_

GILDA MARTINEZ
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
April 19, 2020



**STATE OF ARIZONA**
**OFFICE OF ATTORNEY GENERAL**

2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-8431

# REQUEST TO PRODUCE RECORDS

TO:  Custodian of Records
Dolex Dollar Express
700 Highlander Blvd., Suite 450
Arlington, TX 76015

Attn: Marco Naranjo
Subpoena Compliance

YOU ARE HEREBY COMMANDED, pursuant to A.R.S. § 13-2315, to produce for examination and copying by the Attorney General of the State of Arizona the following described records:

Data, including the data fields described on the attached Data Appendix, relating to each send and each receive transaction of $500 and greater, sent to or from the states of Arizona, California, New Mexico, Texas and the country of Mexico on a bi-weekly schedule as each such period becomes available, beginning with January 1, 2020 and ending with June 30, 2020. **(PLEASE NOTE AN ADDITIONAL DATA FIELD HAS BEEN ADDED TO THE DATA APPENDIX REQUESTING REFERENCE TO THE SUBPOENA IDENTIFICATION NUMBER.  FOR THIS DATA FIELD PLEASE INCLUDE REFERENCE NUMBER:  AZAG2020RTP1)**

The data is to be delivered electronically to the Arizona Attorney General's Office by delivery to its "SFTP" (Secure File Transfer Protocol) site in a delimited text files format.

All information about transaction details must be contained in one, consolidated table and should only contain completed (sent and paid) transactions.  The database is to exclude Commercial Payment (customers paying bills to corporations and businesses and business sending to employees or customers) transactions.  A data dictionary should also be provided including a definition of each field, both of its formatting characteristics and plain-English meaning.  All fields which are "coded", "lookups" or are abbreviations require the descriptions (full verbose values) to also be provided, including but not limited to country codes and identification types.

This request is made in connection with the lawful performance of my official duties as an Assistant Attorney General of the State of Arizona, in order to investigate racketeering as defined by A.R.S. § 13-2301(D)(4) or a violation of A.R.S. § 13-2312. Your failure to comply in full with this request will subject you to the proceedings provided by A.R.S. § 13-2315(B).

NOTICE:  This is a felony investigation.  Either warning another person of impending felony prosecution or suppressing physical evidence by concealment, alteration or destruction in a felony investigation are each separate felonies.  A.R.S. § 13-2510(2) and (5); § 13-2512.

Please contact the Arizona Attorney General's Office through its investigator Chad Brink at chad.brink@azag.gov for any questions regarding production of this request and through its agent Mike Robinson at mike.robinson@forcepoint.com  for the secure VPN address, and to define a new CSV standard if necessary, for the data delivery.

Kalon Metz
Assistant Attorney General
Arizona Attorney General's Office

SUBSCRIBED AND SWORN to before me this 23rd day of December, 2019 by Kalon Metz.


GINAMARIE E. SARIS
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
September 14, 2020

Notary Public

My Commission expires: 9-14-2020

## DATA APPENDIX AS LINE ITEMS

Subpoena Identification Number
Money Transfer Control Number
Record date & time
Pay date & time
Principal
Sending operator name
Paying operator name
Sending agent number
Sending agent name
Sending agent address
Sending agent city
Sending Agent State
Sending agent zip code
Paying agent number
Paying agent name
Paying agent address
Paying agent city
Paying agent state
Paying agent zip code
Sending currency
Paying currency
Sending country
Paying country
Sender name
Sender address
Sender city
Sender state
Sender zip
Sender phone
Sender DOB
Sender occupation
Sender identification type
Sender identification type description
Sender identification issuer
Sender identification number
Sender SSN (ID2)
Payee name
Payee address
Payee city
Payee state
Payee zip
Payee phone
Payee DOB
Payee occupation

Payee identification type
Payee identification type description
Payee identification issuer
Payee identification number
Payee SSN (ID2)


And:

**Web Based Transfers:**


**Sender IP Address** used during web account creation
**Sender IP Address** used to send transaction
**Sender Email Address** used to create web based account
**Sender Email Address** used to send transaction
**Sender Source Account Number**
**Sender Name on Web Based Account**
**Sender Included reasons for transaction (if any)**



**STATE OF ARIZONA**
**OFFICE OF ATTORNEY GENERAL**

2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-8431

# REQUEST TO PRODUCE RECORDS

TO:   Custodian of Records
      Dolex Dollar Express
      700 Highlander Blvd., Suite 450
      Arlington, TX 76015

      Attn: Marco Naranjo
      Subpoena Compliance

    YOU ARE HEREBY COMMANDED, pursuant to A.R.S. § 13-2315, to produce for examination and copying by the Attorney General of the State of Arizona the following described records:

    Data, including the data fields described on the attached Data Appendix, relating to each send and each receive transaction of $500 and greater, sent to or from the states of Arizona, California, New Mexico, Texas and to or from the country of Mexico, on a bi-weekly schedule as each such period becomes available, beginning with July 1, 2020 and ending with June 30, 2021. **(PLEASE NOTE AN ADDITIONAL DATA FIELD HAS BEEN ADDED TO THE DATA APPENDIX REQUESTING REFERENCE TO THE SUBPOENA IDENTIFICATION NUMBER. FOR THIS DATA FIELD PLEASE INCLUDE REFERENCE NUMBER:   AZAG2020RTP2)**

    The data is to be delivered electronically to the Arizona Attorney General's Office by delivery to its "SFTP" (Secure File Transfer Protocol) site in a delimited text files format.

    All information about transaction details must be contained in one, consolidated table and should only contain completed (sent and paid) transactions. The database is to exclude Commercial Payment (customers paying bills to corporations and businesses and business sending to employees or customers) transactions. A data dictionary should also be provided including a definition of each field, both of its formatting characteristics and plain-English meaning. All fields which are "coded", "lookups" or are abbreviations require the descriptions (full verbose values) to also be provided, including but not limited to country codes and identification types.

This request is made in connection with the lawful performance of my official duties as an Assistant Attorney General of the State of Arizona, in order to investigate racketeering as defined by A.R.S. § 13-2301(D)(4) or a violation of A.R.S. § 13-2312. Your failure to comply in full with this request will subject you to the proceedings provided by A.R.S. § 13-2315(B).

NOTICE:  This is a felony investigation.  Either warning another person of impending felony prosecution or suppressing physical evidence by concealment, alteration or destruction in a felony investigation are each separate felonies.  A.R.S. § 13-2510(2) and (5); § 13-2512.

Please contact the Arizona Attorney General's Office through its investigator Chad Brink at chad.brink@azag.gov for any questions regarding production of this request and through its agent Mike Robinson at mike.robinson@forcepoint.com  for the secure VPN address, and to define a new CSV standard if necessary, for the data delivery.

Blaine Gadow
Assistant Attorney General
Arizona Attorney General's Office

SUBSCRIBED AND SWORN to before me this 29th day of June, 2020.

MARIDE D. NEWHART
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 571327
Expires October 9, 2023

Notary Public

My Commission expires: 10 / 09 / 2023

## DATA APPENDIX AS LINE ITEMS

Subpoena Identification Number
Money Transfer Control Number
Record date & time
Pay date & time
Principal
Sending operator name
Paying operator name
Sending agent number
Sending agent name
Sending agent address
Sending agent city
Sending Agent State
Sending agent zip code
Paying agent number
Paying agent name
Paying agent address
Paying agent city
Paying agent state
Paying agent zip code
Sending currency
Paying currency
Sending country
Paying country
Sender name
Sender address
Sender city
Sender state
Sender zip
Sender phone
Sender DOB
Sender occupation
Sender identification type
Sender identification type description
Sender identification issuer
Sender identification number
Sender SSN (ID2)
Payee name
Payee address
Payee city
Payee state
Payee zip
Payee phone
Payee DOB
Payee occupation

Payee identification type
Payee identification type description
Payee identification issuer
Payee identification number
Payee SSN (ID2)


And:

**Web Based Transfers:**


**Sender IP Address** used during web account creation
**Sender IP Address** used to send transaction
**Sender Email Address** used to create web based account
**Sender Email Address** used to send transaction
**Sender Source Account Number**
**Sender Name on Web Based Account**
**Sender Included reasons for transaction (if any)**

## Certificate of Service

The undersigned swears (or affirms) that he/she served this Request to Produce Records and did so by personally sending the original by certified mail, return receipt requested, to:

Custodian of Records
Dolex Dollar Express
700 Highlander Blvd., Suite 450
Arlington, TX 76015

Attn: Marco Naranjo
Subpoena Compliance

at _11:39_ am on the _29th_ day of June, 2020.

By: _[signature]_

91 7199 9991 7039 3309 0666



**STATE OF ARIZONA**
**OFFICE OF ATTORNEY GENERAL**

2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-8431

# REQUEST TO PRODUCE RECORDS

TO:   Dolex and Dollar Express, Inc.
      Attn:   Mr. Alfredo Vargas ref. Subpoena Compliance
      700 Highlander Blvd, Suite 450
      Arlington, TX 76015

     YOU ARE HEREBY COMMANDED, pursuant to A.R.S. § 13-2315, to produce for examination and copying by the Attorney General of the State of Arizona the following described records:

     Data, including the data fields described on the attached Data Appendix, relating to each send and each receive transaction of $500 and greater, sent to or from the states of Arizona, California, New Mexico, Texas and to or from the country of Mexico, on a bi-weekly schedule as each such period becomes available, beginning with July 1, 2021 and ending with June 30, 2022. **(PLEASE INCLUDE THE ADDITIONAL DATA FIELD FOR THE SUBPOENA IDENTIFICATION NUMBER. FOR THIS DATA FIELD PLEASE INCLUDE REFERENCE NUMBER: AZAG2021RTP2)**

     The data is to be delivered electronically to the Arizona Attorney General's Office by delivery to its "SFTP" (Secure File Transfer Protocol) site in a delimited text files format.

     All information about transaction details must be contained in one, consolidated table and should only contain completed (sent and paid) transactions. The database is to exclude Commercial Payment (customers paying bills to corporations and businesses and business sending to employees or customers) transactions. A data dictionary should also be provided including a definition of each field, both of its formatting characteristics and plain-English meaning. All fields which are "coded", "lookups" or are abbreviations require the descriptions (full verbose values) to also be provided, including but not limited to country codes and identification types.

     This request is made in connection with the lawful performance of my official duties as an Assistant Attorney General of the State of Arizona, in order to investigate racketeering as defined by A.R.S. § 13-2301(D)(4) or a violation of A.R.S. § 13-2312.

Your failure to comply in full with this request will subject you to the proceedings provided by A.R.S. § 13-2315(B).

NOTICE: This is a felony investigation. Either warning another person of impending felony prosecution or suppressing physical evidence by concealment, alteration or destruction in a felony investigation are each separate felonies. A.R.S. § 13-2510(2) and (5); § 13-2512.

Please contact the Arizona Attorney General's Office through its investigator Chad Brink at chad.brink@azag.gov for any questions regarding production of this request and through its agent Mike Robinson at mike.robinson@forcepoint.com for the secure VPN address, and to define a new CSV standard if necessary, for the data delivery.

Shawn Steinberg
Assistant Attorney General
Arizona Attorney General's Office

SUBSCRIBED AND SWORN to before me this 17th day of June, 2021.



Notary Public

My Commission expires:

12/9/24

LISA S. RODRIGUEZ
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 583672
Expires December 9, 2024

## DATA APPENDIX AS LINE ITEMS

Subpoena Identification Number
Money Transfer Control Number
Record date & time
Pay date & time
Principal
Sending operator name
Paying operator name
Sending agent number
Sending agent name
Sending agent address
Sending agent city
Sending Agent State
Sending agent zip code
Paying agent number
Paying agent name
Paying agent address
Paying agent city
Paying agent state
Paying agent zip code
Sending currency
Paying currency
Sending country
Paying country
Sender name
Sender address
Sender city
Sender state
Sender zip
Sender phone
Sender DOB
Sender occupation
Sender identification type
Sender identification type description
Sender identification issuer
Sender identification number
Sender SSN (ID2)
Payee name
Payee address
Payee city
Payee state
Payee zip
Payee phone
Payee DOB
Payee occupation

Payee identification type
Payee identification type description
Payee identification issuer
Payee identification number
Payee SSN (ID2)


And:

**Web Based Transfers:**


**Sender Email Address** used to create web based account
**Sender Email Address** used to send transaction
**Sender Source Account Number**
**Sender Name on Web Based Account**
**Sender Included reasons for transaction (if any)**



**STATE OF ARIZONA**
**OFFICE OF ATTORNEY GENERAL**
2005 North Central Avenue
Phoenix, Arizona  85004
(602) 542-8431

# REQUEST TO PRODUCE RECORDS

TO:  DOLEX and Dollar Express, Inc.
       Attn:  Mr. Alfredo Vargas ref. Subpoena Compliance
       700 Highlander Blvd, Suite 450
       Arlington, TX 76015

YOU ARE HEREBY COMMANDED, pursuant to A.R.S. § 13-2315, to produce for examination and copying by the Attorney General of the State of Arizona the following described records:

Data, including the data fields described in the **updated** attached Data Appendix, relating to each send and each receive transaction of $500 and greater, sent to or from the country of Mexico <u>and</u> to and from the states of Arizona, California, New Mexico, Texas and to or from the country of Mexico, on a bi-weekly schedule or as soon as practicable as each such period becomes available, beginning with July 1, 2022 and ending with June 30, 2023. **PLEASE TAKE NOTICE OF THE UPDATED DATA APPENDIX.  FOR THE DATA FIELD RELATED TO THE SUBPOENA IDENTIFICATION NUMBER, PLEASE INCLUDE REFERENCE NUMBER: AZAG2022RTP2.**

The data is to be delivered electronically to the Arizona Attorney General's Office by delivery to its "SFTP" (Secure File Transfer Protocol) site in a delimited text files format.

All information about transaction details must be contained in one, consolidated table and should only contain completed (sent and paid) transactions.  The database is to exclude Commercial Payment (customers paying bills to corporations and businesses and business sending to employees or customers) transactions.  A data dictionary should also be provided including a definition of each field, both of its formatting characteristics and plain-English meaning.  All fields which are "coded", "lookups" or are

abbreviations require the descriptions (full verbose values) to also be provided, including but not limited to country codes and identification types.

This request is made in connection with the lawful performance of my official duties as an Assistant Attorney General of the State of Arizona, in order to investigate racketeering as defined by A.R.S. § 13-2301(D)(4) or a violation of A.R.S. § 13-2312. Your failure to comply in full with this request will subject you to the proceedings provided by A.R.S. § 13-2315(B).

NOTICE:  This is a felony investigation.  Either warning another person of impending felony prosecution or suppressing physical evidence by concealment, alteration or destruction in a felony investigation are each separate felonies.  A.R.S. § 13-2510(2) and (5); § 13-2512.

Please contact the Arizona Attorney General's Office through its investigator Special Agent James Cope at james.cope@azag.gov for any questions regarding production of this request and through its agent Mike Robinson at mike.robinson@forcepoint.com for the secure VPN address, and to define a new CSV standard if necessary, for the data delivery.

Shawn Steinberg
Assistant Attorney General
Arizona Attorney General's Office

SUBSCRIBED AND SWORN to before me this 15th day of June, 2022.

Notary Public

My Commission expires:



LISA S. RODRIGUEZ
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 593672
Expires December 9, 2024

## DATA APPENDIX AS LINE ITEMS

1. Subpoena Identification Number
2. Money Transfer Control Number
3. Record date & time
4. Pay date & time
5. Principal
6. Licensed or authorized delegate
7. Sending operator name and/or identification number
8. Paying operator name
9. Sending agent number
10. Sending agent name
11. Sending agent address
12. Sending agent city
13. Sending Agent State
14. Sending agent zip code
15. If applicable, sending bank name
16. If applicable, sending bank account holder name
17. If applicable, sending bank account number  (please provide last 6 account numbers)
18. Paying agent number
19. Paying agent name
20. Paying agent address
21. Paying agent city
22. Paying agent state
23. Paying agent zip code
24. Sending currency
25. Paying currency
26. Sending country
27. Paying country
28. Sender name
29. Sender address
30. Sender city
31. Sender state
32. Sender zip
33. Sender phone
34. Sender DOB
35. Sender occupation
36. Sender identification type
37. Sender identification type description
38. Sender identification issuer
39. Sender identification number
40. Sender SSN (ID2)
41. Payee name
42. Payee address
43. Payee city

44. Payee state
45. Payee zip
46. Payee phone
47. Payee DOB
48. Payee occupation
49. Payee identification type
50. Payee identification type description
51. Payee identification issuer
52. Payee identification number
53. Payee SSN (ID2)
54. If applicable, payee bank name
55. If applicable, payee account holder name
56. If applicable, payee bank account number if applicable (please provide last 6 account numbers)
57. Sender Email Address used to create web based account
58. Sender Email Address used to send transaction
59. Sender Included reasons for transaction (if any)