AKERMAN LLP
601 W. FIFTH STREET, SUITE 300
LOS ANGELES, CA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| NELSON SEQUEIRA, ORSAY ALEGRIA, and ISMAEL CORDERO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; WESTERN UNION FINANCIAL SERVICES, INC., a Colorado corporation; CONTINENTAL EXCHANGE SOLUTIONS, INC., a Kansas corporation, d/b/a RIA FINANCIAL SERVICES and AFEX MONEY EXPRESS; VIAMERICAS CORPORATION, a Delaware corporation; and DOLEX DOLLAR EXPRESS, INC., a Texas corporation,<br><br>Defendants. | Case No. 4:22-cv-07996-HSG<br>Assigned to the Hon. Haywood S. Gilliam, Jr.<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DOLEX DOLLAR EXPRESS, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hearing Date:<br>Date:       May 18, 2023<br>Time:      2:00 p.m.<br>Crtrm.:    2 – 4th Floor<br><br>Complaint Filed:   December 12, 2022<br>FAC Filed:             January 24, 2023<br>Trial Date:              None |

Defendant DolEx Dollar Express, Inc.'s motion to dismiss the plaintiffs' first amended complaint, doc. no. 38, for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) came on for hearing before the above-entitled court on May 18, 2023, the Hon. Haywood S. Gilliam, Jr., United States District Court Judge, presiding.

Having considered DolEx's motion, request for judicial notice, the papers filed in support of and in opposition to the motion, and arguments by counsel, the court finds it appropriate to take judicial notice of the documents DolEx requests in its request for judicial notice, and that the first amended complaint does not state a claim upon which relief can be granted for each of the reasons DolEx sets forth in its motion.

**THEREFORE, IT IS ORDERED** that DolEx's motion to dismiss is GRANTED.  The first amended complaint, doc. no. 38, is dismissed.

**IT IS SO ORDERED.**

Dated: _____     _____
                                    Hon. Haywood S. Gilliam, Jr.
                                    United States District Court Judge presiding