# EXHIBIT 2



# Secretary of State
## Certificate of Status

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, hereby certify:

**Entity Name:** OPORTUN, INC.
**Entity No.:** 2799757
**Registration Date:** 08/31/2005
**Entity Type:** Stock Corporation - Out of State - Stock
**Formed In:** DELAWARE
**Status:** Active

The above referenced entity is active on the Secretary of State's records and is qualified to transact intrastate business in California.

This certificate relates to the status of the entity on the Secretary of State's records as of the date of this certificate and does not reflect documents that are pending review or other events that may impact status.

No information is available from this office regarding the financial condition, status of licenses, if any, business activities or practices of the entity.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of February 27, 2023.

**SHIRLEY N. WEBER, PH.D.**
Secretary of State

**Certificate No.:** 085826327

To verify the issuance of this Certificate, use the Certificate No. above with the Secretary of State Certification Verification Search available at bizfileOnline.sos.ca.gov.