SIDLEY AUSTIN LLP
Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Stephen Chang (SBN 312580)
stephen.chang@sidley.com
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Hille R. Sheppard (*pro hac vice*)
hsheppard@sidley.com
One South Dearborn
Chicago, Illinois  60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Defendant*
*Western Union Financial Services, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NELSON SEQUEIRA, ORSAY ALEGRIA, and ISMAEL CORDERO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; WESTERN UNION FINANCIAL SERVICES, INC., a Colorado corporation; CONTINENTAL EXCHANGE SOLUTIONS, INC., a Kansas corporation, d/b/a RIA FINANCIAL SERVICES and AFEX MONEY EXPRESS; VIAMERICAS CORPORATION, a Delaware Corporation; and DOLEX DOLLAR EXPRESS, INC., a Texas corporation,<br><br>Defendants. | Case No. 4:22-cv-07996-HSG<br><br>**DECLARATION OF SHEILA A.G. ARMBRUST IN SUPPORT OF WESTERN UNION FINANCIAL SERVICES, INC.'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date:  May 18, 2023<br>Time:  2:00 PM<br>Place:  Courtroom 2, 4th Floor, Oakland<br>Judge: Honorable Haywood S. Gilliam, Jr.<br><br>Amended Complaint Filed: January 24, 2023 |

**DECLARATION OF SHEILA A.G. ARMBRUST**

I, Sheila A.G. Armbrust, declare as follows:

1. I am an attorney, duly licensed to practice law in the State of California, and am admitted before this Court. I am a partner with the law firm of Sidley Austin LLP, counsel of record for Defendant Western Union Financial Services, Inc. ("Western Union") in this action. The facts stated herein are true and correct based upon my own personal knowledge and, if called as a witness to testify, I could and would competently testify thereto. I submit this declaration in support of Western Union Financial Services, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint.

2. Attached as exhibits to this declaration are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit A: | The February 11, 2010 Settlement Agreement Between Western Union and the Arizona Attorney General ("Arizona Settlement Agreement")[1] |
| Exhibit B: | The Superior Court of the State of Arizona in and for the County of Maricopa the ("Arizona Court") February 24, 2010 Order Approving the Arizona Settlement Agreement and Appointing Monitor ("2010 Arizona Court Order") |
| Exhibit C: | The Arizona Court's January 31, 2014 Order Approving Amendment to the Arizona Settlement Agreement ("Jan. 2014 Arizona Court Order") |
| Exhibit D: | Western Union and the Arizona Attorney General's January 31, 2014 Stipulated Motion for Approval of Amendment to the Arizona Settlement Agreement, and attaching the Amendment as Exhibit 1 ("Jan. 2014 Settlement Amendment") |
| Exhibit E: | The Arizona Court's October 17, 2014 Order Granting Stipulation to Extend Time for Production of Data ("Oct. 2014 Arizona Court Order") |
| Exhibit F: | The Arizona Court's June 28, 2019 Order of Dismissal with Prejudice Concluding the Arizona Settlement Agreement ("2019 Arizona Court Order") |
| Exhibit G: | Senator Ron Wyden's January 18, 2023 letter to the Department of Justice Inspector General Michael E. Horowitz ("2023 Wyden Letter") |
| Exhibit H: | Senator Ron Wyden's March 8, 2022 letter to the Department of Homeland Security Inspector General Joseph V. Cuffari ("2022 Wyden Letter") |

---

[1] Defined Terms are intended to have the same meaning as terms used in Western Union's Motion to Dismiss.

1

DECLARATION OF SHEILA A.G. ARMBRUST IN SUPPORT OF WESTERN UNION FINANCIAL SERVICES, INC.'S MOTION TO DISMISS AMENDED COMPLAINT, CASE NO. 4:22-CV-07996-HSG

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of March 2023, at San Francisco, California.

By: */s/ Sheila A.G. Armbrust*
Sheila A.G. Armbrust (SBN 265998)
Sidley Austin LLP

*Attorney for Defendant Western Union Financial Services, Inc.*

2

DECLARATION OF SHEILA A.G. ARMBRUST IN SUPPORT OF WESTERN UNION FINANCIAL SERVICES, INC.'S MOTION TO DISMISS AMENDED COMPLAINT, CASE NO. 4:22-CV-07996-HSG