Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
Edelson PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Sejal Zota (*pro hac vice*)
sejal@justfutureslaw.org
Dinesh McCoy (*pro hac vice*)
dinesh@justfutureslaw.org
Daniel Werner (SBN 322310)
daniel@justfutureslaw.org
Just Futures Law
95 Washington Street, Suite 104-149
Canton, MA 02021
Tel: 617.812.2822

*Attorneys for Plaintiffs and the proposed Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NELSON SEQUEIRA, ORSAY ALEGRIA, and ISMAEL CORDERO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; WESTERN UNION FINANCIAL SERVICES, INC., a Colorado corporation; CONTINENTAL EXCHANGE SOLUTIONS, INC., a Kansas corporation, d/b/a RIA FINANCIAL SERVICES and AFEX MONEY EXPRESS; VIAMERICAS CORPORATION, a Delaware Corporation; and DOLEX DOLLAR EXPRESS, INC., a Texas corporation,<br><br>*Defendants*. | Case No. 4:22-cv-07996-HSG<br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Civil L.R. 7-11<br><br>Action Filed: December 12, 2022<br>Trial Date: None Set |

**ORDER**

Good cause appearing, the Court **GRANTS** Plaintiffs' unopposed administrative motion for leave to file a single, consolidated brief in opposition to Defendants' motions to dismiss, not exceeding 40 pages in length.

**aIT IS SO ORDERED.**

DATED: 4/17/2023

The Honorable Haywood S. Gilliam, Jr.

a