UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NELSON SEQUEIRA, ORSAY ALEGRIA, and ISMAEL CORDERO, individually an on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; WESTERN UNION FINANCIAL SERVICES, INC., a Colorado corporation; CONTINENTAL EXCHANGE SOLUTIONS, INC., a Kansas corporation, d/b/a RIA FINANCIAL SERVICES and AFEX MONEY EXPRESS; VIAMERICAS CORPORATION, a Delaware Corporation; and DOLEX DOLLAR EXPRESS, INC., a Texas corporation,<br><br>Defendants. | Case No.  4:22-cv-07996-HSG<br><br>**ORDER GRANTING MOTION OF ELECTRONIC PRIVACY INFORMATION CENTER FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*  (as modified).**<br><br>Date:   May 18, 2023<br>Time:  2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr. Court: Courtroom 2, 4th Floor, Oakland |

Before the Court is non-party Electronic Privacy Information Center's ("EPIC") Motion for Leave to File Brief as *Amicus Curiae* ("Motion for Leave") in support of Plaintiffs' Consolidated Opposition to Defendants' Motions to Dismiss. After full consideration of the Motion for Leave, as well as all supporting papers and all documents currently on file with the Court, it is hereby ordered that the Motion for Leave is GRANTED.

IT IS FURTHER ORDERED that EPIC shall e-file its *amicus curiae* brief attached as Exhibit A to the Motion for Leave on the docket forthwith.

**IT IS SO ORDERED.**

Dated: 4/24/2023

*[signature: Haywood S. Gilliam Jr.]*

Honorable Haywood S. Gilliam, Jr