# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| NELSON SEQUEIRA, ORSAY ALEGRIA, and ISMAEL CORDERO, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; WESTERN UNION FINANCIAL SERVICES, INC., a Colorado corporation; CONTINENTAL EXCHANGE SOLUTIONS, INC., a Kansas corporation, d/b/a RIA FINANCIAL SERVICES and AFEX MONEY EXPRESS; VIAMERICAS CORPORATION, a Delaware Corporation; and DOLEX DOLLAR EXPRESS, INC., a Texas corporation,<br>Defendants. | Case No. 4:22-cv-07996-HSG<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE AMICI CURIAE BRIEF OF THE NATIONAL CONSUMER LAW CENTER AND PUBLIC COUNSEL (as modified)** |

Upon full consideration of the Motion of the National Consumer Law Center (NCLC) and Public Counsel for Administrative Relief for Leave to File *Amici Curiae* Brief in support of Plaintiffs' Amended Complaint, as well as all supporting documents and papers on file with the Court, it is hereby ordered that the Motion for Leave is GRANTED.

It is FURTHER ORDERED that the NCLC and Public Counsel shall e-file their *amici brief* attached to the Motion for Leave on the docket forthwith.

**IT IS SO ORDERED.**

Dated: 4/24/2023

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge