ROBERT L. WALLAN (SBN 126480)
robert.wallan@pillsburylaw.com
NATHAN M. SPATZ (SBN 204769)
nathan.spatz@pillsburylaw.com
CHRISTOPHER M. BUTLER (SBN 318219)
christopher.butler@pillsburylaw.com
JORDAN RHODES (SBN 342910)
jordan.rhodes@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone:     213.488.7100
Facsimile:     213.629.1033

Attorneys for Defendant *Continental Exchange Solutions, Inc., d/b/a Ria Financial Services and AFEX Money Express*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NELSON SEQUIERA, ORSAY ALEGRIA and ISMAEL CORDERO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; WESTERN UNION FINANCIAL SERVICES, INC., a Colorado corporation; CONTINENTAL EXCHANGE SOLUTIONS, INC., a Kansas corporation, d/b/a RIA FINANCIAL SERVICES and AFEX MONEY EXPRESS; VIAMERICAS CORPORATION, a Delaware Corporation; and DOLEX DOLLAR EXPRESS, INC., a Texas corporation,<br><br>*Defendants*. | Case No. 4:22-cv-07996-HSG<br><br>Assigned to Hon. Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION AND ORDER PERMITTING DEFENDANT CONTINENTAL EXCHANGE SOLUTIONS, INC. TO FILE SECOND REQUEST FOR JUDICIAL NOTICE**<br><br>Action Filed: December 12, 2022<br>Trial Date: None Set |

| | |
|---|---|
| 1 | WHEREAS, Defendants U.S. Department Of Homeland Security, U.S. Immigration & |
| 2 | Customs Enforcement, Western Union Financial Services, Inc., Continental Exchange Solutions, |
| 3 | Inc., D/B/A RIA Financial Services and AFEX Money Express, Viamericas Corporation, and Dolex |
| 4 | Dollar Express, Inc.'s ("Defendants") Motions to Dismiss were argued and taken under submission |
| 5 | on May 18, 2023; |
| 6 | WHEREAS, on June 23, 2023, the Arizona Assistant Attorney General issued a Request to |
| 7 | Produce Documents ("Arizona Subpoena") to Defendant Continental Exchange Solutions, Inc. and |
| 8 | RIA Financial Services ("Continental"); |

WHEREAS the Arizona Subpoena commands records for "all transactions that have a value of $500 or greater and that meet any one of the following criteria: (1) [o]riginate in the Southwest Border (including the states of Arizona, California, New Mexico and Texas); (2) [o]riginate in the Country of Mexico; (3) [a]re paid out in the Southwest Border (including the states of Arizona, California, New Mexico and Texas); or (4) [a]re paid out in the country of Mexico";

WHEREAS the Arizona Subpoena commands that "records be provided on a bi-weekly schedule, or as soon as practicable beginning with July 1, 2023, and ending with June 30, 2024";

**BASED ON THE FOREGOING, AND PURSUANT TO LOCAL RULES 7-1(a)(5) & 7-12, THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE**:

Continental may submit a Second Request for Judicial Notice of the Arizona Subpoena. Plaintiffs reserve the right to respond to the merits of Continental's request.

**SO STIPULATED.**

Dated: October 24, 2023

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Robert L. Wallan
Robert L. Wallan
Nathan M. Spatz
Christopher M. Butler
Jordan Rhodes

Attorneys for Defendant *Continental Exchange Solutions, Inc., d/b/a Ria Financial Services and AFEX Money Express*

-1-

| | |
|---|---|
| Dated: October 24, 2023 | By: /s/ Yaman Salahi |
| | Rafey Balabanian (SBN 315962) |
| | rbalabanian@edelson.com |
| | Yaman Salahi (SBN 288752) |
| | ysalahi@edelson.com |
| | EDELSON PC |
| | 150 California Street, 18th Floor |
| | San Francisco, California 94111 |
| | Tel: 415.212.9300 |
| | Fax: 415.373.9435 |
| | |
| | Sejal Zota (*pro hac vice* pending) |
| | sejal@justfutureslaw.org |
| | Dinesh McCoy (*pro hac vice* forthcoming) |
| | dinesh@justfutureslaw.org |
| | Daniel Werner (SBN 322310) |
| | daniel@justfutureslaw.org |
| | JUST FUTURES LAW |
| | 95 Washington Street, Suite 104-149 |
| | Canton, MA 02021 |
| | Tel: 617.812.2822 |
| | |
| | Attorneys for Individual and Representative Plaintiffs *Nelson Sequiera, Orsay Alegria, Ismael Cordero, and Raul Lopez* |

## ORDER

Pursuant to the foregoing stipulation, the Court **ORDERS** as follows:

Continental may submit a Second Request for Judicial Notice of the Arizona Attorney General's Request for Records dated June 23, 2023, directed to Continental.

**IT IS SO ORDERED.**

DATED:

The Honorable Haywood S. Gilliam, Jr.
United States District Judge