ROBERT L. WALLAN (SBN 126480)
robert.wallan@pillsburylaw.com
NATHAN M. SPATZ (SBN 204769)
nathan.spatz@pillsburylaw.com
CHRISTOPHER M. BUTLER (SBN 318219)
christopher.butler@pillsburylaw.com
JORDAN RHODES (SBN 342910)
jordan.rhodes@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone:     213.488.7100
Facsimile:     213.629.1033

Attorneys for Defendant *Continental Exchange Solutions, Inc., d/b/a Ria Financial Services and AFEX Money Express*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| NELSON SEQUIERA, ORSAY ALEGRIA and ISMAEL CORDERO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; WESTERN UNION FINANCIAL SERVICES, INC., a Colorado corporation; CONTINENTAL EXCHANGE SOLUTIONS, INC., a Kansas corporation, d/b/a RIA FINANCIAL SERVICES and AFEX MONEY EXPRESS; VIAMERICAS CORPORATION, a Delaware Corporation; and DOLEX DOLLAR EXPRESS, INC., a Texas corporation,<br><br>*Defendants*. | Case No. 4:22-cv-07996-HSG<br><br>Assigned to Hon. Haywood S. Gilliam, Jr.<br><br>**NOTICE OF ERRATA REGARDING DEFENDANT CONTINENTAL EXCHANGE SOLUTIONS, INC.'S SECOND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Action Filed: December 12, 2022<br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Exhibit A to the Second Request for Judicial Notice filed by Defendant Continental Exchange Solutions, Inc., d/b/a Ria Financial Services and AFEX Money Express ("Continental") on October 25, 2023 inadvertently included a cover letter to the subpoena dated July 7, 2023 signed by Arizona Attorney General Kris Mayes. Continental is not seeking judicial notice of this letter and Plaintiffs did not stipulate to Continental including the letter in the Second Request for Judicial Notice.

A true and correct copy of Continental's AMENDED SECOND REQUEST FOR JUDICIAL NOTICE removing this cover letter is attached hereto as Exhibit 1. No other changes have been made in the amended document.

Dated: October 26, 2023

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Robert L. Wallan
ROBERT L. WALLAN
NATHAN M. SPATZ
CHRISTOPHER M. BUTLER
JORDAN RHODES

Attorneys for Defendant CONTINENTAL EXCHANGE SOLUTIONS, INC., d/b/a RIA FINANCIAL SERVICES AND AFEX MONEY EXPRESS

# Exhibit 1

1  ROBERT L. WALLAN (SBN 126480)
   robert.wallan@pillsburylaw.com
2  NATHAN M. SPATZ (SBN 204769)
   nathan.spatz@pillsburylaw.com
3  CHRISTOPHER M. BUTLER (SBN 318219)
   christopher.butler@pillsburylaw.com
4  JORDAN RHODES (SBN 342910)
   jordan.rhodes@pillsburylaw.com
5  PILLSBURY WINTHROP SHAW PITTMAN LLP
   725 South Figueroa Street, 36th Floor
6  Los Angeles, CA 90017-5524
   Telephone:     213.488.7100
7  Facsimile:     213.629.1033

8  Attorneys for Defendant *Continental Exchange Solutions, Inc.,*
   *d/b/a Ria Financial Services and AFEX Money Express*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NELSON SEQUIERA, ORSAY ALEGRIA and ISMAEL CORDERO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; WESTERN UNION FINANCIAL SERVICES, INC., a Colorado corporation; CONTINENTAL EXCHANGE SOLUTIONS, INC., a Kansas corporation, d/b/a RIA FINANCIAL SERVICES and AFEX MONEY EXPRESS; VIAMERICAS CORPORATION, a Delaware Corporation; and DOLEX DOLLAR EXPRESS, INC., a Texas corporation,<br><br>*Defendants*. | Case No. 4:22-cv-07996-HSG<br><br>Assigned to Hon. Haywood S. Gilliam, Jr.<br><br>**DEFENDANT CONTINENTAL EXCHANGE SOLUTIONS, INC.'S AMENDED SECOND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Action Filed: December 12, 2022<br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

For the reasons set forth below, Defendant Continental Exchange Solutions, Inc., d/b/a Ria Financial Services and AFEX Money Express ("Continental") respectfully requests that the Court take judicial notice of the following document, which is attached hereto as follows:

1. **Exhibit A** is a true and correct copy of a 2023 subpoena issued on June 23, 2023, by the Arizona Office of the Attorney General ("Attorney General") to Continental. The subpoena commands records for "all transactions that have a value of $500 or greater and that meet any one of the following criteria: (1) [o]riginate in the Southwest Border (including the states of Arizona, California, New Mexico and Texas); (2) [o]riginate in the Country of Mexico; (3) [a]re paid out in the Southwest Border (including the states of Arizona, California, New Mexico and Texas); or (4) [a]re paid out in the country of Mexico." The subpoena further commands that "records be provided on a bi-weekly schedule, or as soon as practicable beginning with July 1, 2023, and ending with June 30, 2024." The subpoena states: "This is a felony investigation. Either warning another person of impending felony prosecution or suppressing physical evidence … are each separate felonies. A.R.S. § 13-2510(2) and (5); § 13-2512." The subpoena also states that the subpoena is issued pursuant to the Attorney General's lawful duty to investigate racketeering and "[y]our failure to comply in full with this request will subject you to the proceedings provided by A.RS. § 13-2315(B)."

Rule 201 of the Federal Rules of Evidence provides that "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). "Judicially noticed facts often consist of matters of public record." *Celebrity Chefs Tour, LLC v. Macy's, Inc.*, 2014 WL 12160745, at *1 (S.D. Cal. Sept. 19, 2014) (citations and internal quotations omitted). "The court may take judicial notice at any stage of the proceeding." Fed. R. Evid. 201(d). "[A] court may take judicial notice of matters of public record without converting a motion to dismiss into a motion for summary judgment." *Khoja v. Orexigen Therapeutics, Inc.,* 899 F3d 988, 999 (9th Cir. 2018) (internal citations omitted).

Courts may also "take judicial notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue." *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (citations

-2-
DEFENDANT CONTINENTAL EXCHANGE SOLUTIONS, INC.'S
AMENDED SECOND REQUEST FOR JUDICIAL NOTICE
Case No. 4:22-cv-07996-HSG

4857-2701-5051.v1

and internal quotations omitted). It follows that "[c]ourts may take judicial notice of the fact of service and response to subpoenas." *United States v. TruConnect*, No. CV163767PSGFFMX, 2020 WL 13534177, at *3 (C.D. Cal. Nov. 23, 2020) (citing *Klein v. Mony Life Ins. Co. of Am.*, No. CV 17-07003-RSWL-AS, 2018 WL 2472916, at *3 (C.D. Cal. May 30, 2018)); *Gallagher v. United States*, No. 17-CV-00586-MEJ, 2017 WL 4390172, at *3 (N.D. Cal. Oct. 3, 2017) (granting request to take judicial notice of subpoena and response to subpoena).

Continental makes this request on the grounds that the foregoing document is a subpoena issued by the Arizona Attorney General. *See United States v. TruConnect*, at *3. The existence and content of the above-referenced document is not subject to reasonable dispute because it is capable of accurate and ready determination by resort to resources the accuracy of which cannot be reasonably questioned. *See* Fed. R. Evid. 201(b).

Because judicial notice of the above document is proper under the Federal Rules of Evidence, Continental respectfully requests that this Court take judicial notice of **Exhibit A** attached hereto.

Dated: October 26, 2023　　　　　　　　PILLSBURY WINTHROP SHAW PITTMAN LLP

　　　　　　　　　　　　　　　　By:  /s/ Robert L. Wallan
　　　　　　　　　　　　　　　　　　　ROBERT L. WALLAN
　　　　　　　　　　　　　　　　　　　NATHAN M. SPATZ
　　　　　　　　　　　　　　　　　　　CHRISTOPHER M. BUTLER
　　　　　　　　　　　　　　　　　　　JORDAN RHODES

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant *CONTINENTAL EXCHANGE SOLUTIONS, INC., d/b/a RIA FINANCIAL SERVICES AND AFEX MONEY EXPRESS*

# Exhibit A



**STATE OF ARIZONA**
**OFFICE OF ATTORNEY GENERAL**
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-8431

# REQUEST TO PRODUCE RECORDS

Continental Exchange Solutions, Inc. and RIA Financial Services
6565 Knott Avenue
Buena Park, CA 90620
Attn: Ms. Manpreet Goraya

YOU ARE HEREBY COMMANDED, pursuant to A.R.S. § 13-2315, to produce for examination and copying by the Attorney General of the State of Arizona the following described records:

Data, including the data fields described in the **updated** attached Data Appendix, for all transactions that have a value of $500 or greater and that meet any one of the following criteria:

1. Originate in the Southwest Border (including the states of Arizona, California, New Mexico and Texas);
2. Originate in the Country of Mexico;
3. Are paid out in the Southwest Border (including the states of Arizona, California, New Mexico and Texas); or
4. Are paid out in the country of Mexico.

The data shall be provided on a bi-weekly schedule or as soon as practicable as each such period becomes available, beginning with July 1, 2023, and ending with June 30, 2024.
**PLEASE TAKE NOTICE OF THE UPDATED DATA APPENDIX.  FOR THE DATA FIELD RELATED TO THE SUBPOENA IDENTIFICATION NUMBER, PLEASE INCLUDE REFERENCE NUMBER:   AZAG2023RTP.**

The data is to be delivered electronically to the Arizona Attorney General's Office by delivery to its **secure file share**  available at:  https://fileshare.azag.gov/filedrop/~ZeQ9or.

**When uploading a file, input your contact email address in the "From" box, Subpoena**

number in the "Subject" box, and the date range of transactions within the file in the "Message" box. Then click "add files." Once your file(s) is selected choose "Send."

All information about transaction details must be contained in one, consolidated table and should only contain completed (sent and paid) transactions. The database is to exclude Commercial Payment (customers paying bills to corporations and businesses and business sending to employees or customers) transactions. A data dictionary should also be provided including a definition of each field, both of its formatting characteristics and plain-English meaning. All fields which are "coded", "lookups" or are abbreviations require the descriptions (full verbose values) to also be provided, including but not limited to country codes and identification types.

This request is made in connection with the lawful performance of my official duties as an Assistant Attorney General of the State of Arizona, in order to investigate racketeering as defined by A.R.S. § 13-2301(D)(4) or a violation of A.R.S. § 13-2312. Your failure to comply in full with this request will subject you to the proceedings provided by A.R.S. § 13-2315(B).

NOTICE: This is a felony investigation. Either warning another person of impending felony prosecution or suppressing physical evidence by concealment, alteration or destruction in a felony investigation are each separate felonies. A.R.S. § 13-2510(2) and (5); § 13-2512.

Please contact the Arizona Attorney General's Office through its Chief Special Agent James Cope at james.cope@azag.gov for any questions regarding production of this request.

Shawn Steinberg
Assistant Attorney General
Arizona Attorney General's Office

SUBSCRIBED AND SWORN to before me this 23rd day of June, 2023.

Notary Public

My Commission expires



LISA S. RODRIGUEZ
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 593672
Expires December 9, 2024

**DATA APPENDIX AS LINE ITEMS (any new requested data fields are highlighted)**

1. Subpoena Identification Number
2. Money Transfer Control Number
3. Record date & time
4. Pay date & time
5. Principal
6. Licensed or authorized delegate name
7. Sending operator name and/or identification number
8. Paying operator name
9. Sending agent number
10. Sending agent name
11. Sending agent address
12. Sending agent city
13. Sending Agent State
14. Sending agent zip code
15. If applicable, sending bank name
16. If applicable, sending bank account holder name
17. If applicable, sending bank account number (please provide last 6 account numbers)
18. Paying agent number
19. Paying agent name
20. Paying agent address
21. Paying agent city
22. Paying agent state
23. Paying agent zip code
24. Sending currency
25. Paying currency
26. Sending country
27. Paying country
28. Sender name
29. Sender address
30. Sender city
31. Sender state
32. Sender zip
33. Sender phone
34. Sender DOB
35. Sender occupation
36. Sender identification type
37. Sender identification type description
38. Sender identification issuer
39. Sender identification number
40. Sender SSN (ID2)
41. Internal global identification number assigned to sender
42. Payee name
43. Payee address
44. Payee city

45. Payee state
46. Payee zip
47. Payee phone
48. Payee DOB
49. Payee occupation
50. Payee identification type
51. Payee identification type description
52. Payee identification issuer
53. Payee identification number
54. Payee SSN (ID2)
55. Internal global identification number assigned to payee
56. If applicable, payee bank name
57. If applicable, payee account holder name
58. If applicable, payee bank account number if applicable (please provide last 6 account numbers)
59. Sender Email Address used to create web based account
60. Sender Email Address used to send transaction
61. Sender Included reasons for transaction (if any)