Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
J. Aaron Lawson (SBN 319306)
alawson@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Sejal Zota (*pro hac vice*)
sejal@justfutureslaw.org
Dinesh McCoy (*pro hac vice*)
dinesh@justfutureslaw.org
Daniel Werner (SBN 322310)
daniel@justfutureslaw.org
JUST FUTURES LAW
95 Washington Street, Suite 104-149
Canton, MA 02021
Tel: 617.812.2822

*Attorneys for Plaintiffs and the proposed Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NELSON SEQUEIRA, ORSAY ALEGRIA, and ISMAEL CORDERO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; WESTERN UNION FINANCIAL SERVICES, INC., a Colorado corporation; CONTINENTAL EXCHANGE SOLUTIONS, INC., a Kansas corporation, d/b/a RIA FINANCIAL SERVICES and AFEX MONEY EXPRESS; VIAMERICAS CORPORATION, a Delaware Corporation; and DOLEX DOLLAR EXPRESS, INC., a Texas corporation,<br><br>*Defendants*. | Case No. 4:22-cv-07996-HSG<br>Hon. Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: DEADLINE TO FILE SECOND AMENDED COMPLAINT**<br><br>Action Filed: December 12, 2022<br>Trial Date: None Set |

**STIPULATION**

WHEREAS, Plaintiffs Nelson Sequeira, Orsay Alegria, and Ismael Cordero ("Plaintiffs") filed their First Amended Complaint ("FAC") on January 24, 2023, *see* Docket No. 38;

WHEREAS, Defendants moved to dismiss the FAC on March 3, 2023, *see* Docket Nos. 63 (Viamericas), 64 (Continental), 65 (Dolex), 68 (U.S. Immigration & Customs Enforcement and U.S. Department of Homeland Security), and 69 (The Western Union Company).

WHEREAS, the Court granted in part and denied in part Defendants' Motions to Dismiss, Docket Nos. 63–65, 68–69, and ordered that any amended pleadings be filed by April 18, 2024. Docket No. 116.

WHEREAS, on April 11, 2024, Defendant Western Union requested to meet-and-confer with Plaintiffs regarding whether Western Union offers lending or credit services prior to the filing of a Second Amended Complaint, and Plaintiffs agreed to do so, given that the process may inform whether a Right to Financial Privacy Act claim is re-alleged as to Western Union. Plaintiffs and Western Union respectfully request that the Court allow the meet-and-confer to be completed prior to the filing of a Second Amended Complaint;

WHEREAS, the remaining Defendants do not object to this extension.

**BASED ON THE FOREGOING, AND PURSUANT TO CIVIL LOCAL RULE 6-1(b), THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE:**

The schedule should be revised as follows for Plaintiffs:

- Deadline to File Second Amended Complaint: May 9, 2024.

**SO STIPULATED.**

Dated: April 17, 2024

By:  */s/ Yaman Salahi*
Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
J. Aaron Lawson (SBN 319306)
alawson@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300

|     |                          |                                                                 |
| --- | ------------------------ | --------------------------------------------------------------- |
| 1   |                          | Fax: 415.373.9435                                               |
| 2   |                          | Sejal Zota (*pro hac vice*)                                     |
|     |                          | sejal@justfutureslaw.org                                        |
| 3   |                          | Dinesh McCoy (*pro hac vice*)                                   |
| 4   |                          | dinesh@justfutureslaw.org                                       |
|     |                          | Daniel Werner (SBN 322310)                                      |
| 5   |                          | daniel@justfutureslaw.org                                       |
|     |                          | JUST FUTURES LAW                                                |
| 6   |                          | 95 Washington Street, Suite 104-149                             |
| 7   |                          | Canton, MA 02021                                                |
|     |                          | Tel: 617.812.2822                                               |

*Attorneys for Individual and Representative Plaintiffs Nelson Sequeira, Orsay Alegria, and Ismael Cordero*

Dated: April 17, 2024        By:   */s/ Nathan M. Spatz*
                                    Robert L. Wallan (SBN 126480)
                                    robert.wallan@pillsburylaw.com
                                    Nathan M. Spatz (SBN 204769)
                                    nathan.spatz@pillsburylaw.com
                                    Christopher M. Butler (SBN 318219)
                                    christopher.butler@pillsburylaw.com
                                    Jordan Rhodes (SBN 342910)
                                    jordan.rhodes@pillsburylaw.com
                                    PILLSBURY WINTHROP SHAW PITTMAN LLP
                                    725 South Figueroa Street, 36th Floor
                                    Los Angeles, CA 90017-5524
                                    Telephone: 213.488.7100
                                    Facsimile: 213.629.1033

*Attorneys for Defendant Continental Exchange Solutions, Inc., d/b/a Ria Financial Services and AFEX Money Express*

Dated:  April 17, 2024        */s/ Hille Sheppard*
                              Sheila A.G. Armbrust (SBN 265998)
                              sarmbrust@sidley.com
                              Hille Sheppard (*pro hac vice*)
                              hsheppard@sidley.com
                              Stephen Chang (SBN 312580)
                              stephen.chang@sidley.com
                              SIDLEY AUSTIN LLP
                              555 California Street, Suite 2000
                              San Francisco, CA 94104
                              Telephone: (415) 772-1200

-3-

|   |   |   |
|---|---|---|
| | | Facsimile: (415) 772-7400 |
| | | *Attorneys for Defendant Western Union Financial Services, Inc.* |
| | Dated: April 17, 2024 | */s/ Kristin J. Madigan* |
| | | Warrington S. Parker (SBN 148003) |
| | | wparker@crowell.com |
| | | Kristin J. Madigan (SBN 233436) |
| | | kmadigan@crowell.com |
| | | Jacob Canter (SBN 324330) |
| | | jcanter@crowell.com |
| | | Rebeca Suarez (SBN 284853) |
| | | rsuarez@crowell.com |
| | | CROWELL & MORING LLP |
| | | 3 Embarcadero Center, 26th Floor |
| | | San Francisco, CA 94111 |
| | | Telephone: 415.986.2800 |
| | | Facsimile: 415.986.2827 |
| | | |
| | | Jennifer S. Romano (SBN 195953) |
| | | jromano@crowell.com |
| | | CROWELL & MORING LLP |
| | | 515 South Flower Street, 40th Fl. |
| | | Los Angeles, CA 90071 |
| | | Telephone: 213.622.4750 |
| | | Facsimile: 213.622.2690 |
| | | |
| | | *Attorneys for Defendant Viamericas Corporation* |
| | Dated: April 17, 2024 | */s/ Katherine Alphonso* |
| | | Tad A. Devlin (SBN 190366) |
| | | tdevlin@kdvlaw.com |
| | | Marcus Dong (SBN 251723) |
| | | mdong@kdvlaw.com |
| | | Katherine Alphonso (SBN 314926) |
| | | kalphonso@kdvlaw.com |
| | | KAUFMAN DOLOWICH & VOLUCK, LLP |
| | | 425 California Street, Suite 2100 |
| | | San Francisco, CA 94104 |
| | | Telephone: (415) 926-7600 |
| | | Facsimile: (415) 358-4809 |
| | | |
| | | *Attorneys for Defendant, DOLEX DOLLAR EXPRESS, INC.* |

-4-

JOINT STIP. RE: DEADLINE TO FILE SAC                                              Case No. 22-cv-07996-HSG

Dated: April 17, 2024

/s/ Julia A. Heiman
Julia A. Heiman (SBN 241415)
Senior Counsel
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-8480
Facsimile: (202) 616-8470
julia.heiman@usdoj.gov

*Attorney for Federal Defendants*

### ATTESTATION OF ELECTRONIC SIGNATURE

I hereby attest that pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), I have obtained authorization from the above signatories representing Defendants to file the above-referenced document, and that the above signatories concur in the filing's content.

/s/ Yaman Salahi
Yaman Salahi

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation and Civil Local Rule 6-1(b), the Court **ORDERS** as follows:

- Deadline to File Second Amended Complaint:  May 9, 2024

**IT IS SO ORDERED.**

DATED: _____          _____
                                       The Honorable Haywood S. Gilliam, Jr.
                                       United States District Court Judge