| | |
|---|---|
| 1 | SIDLEY AUSTIN LLP |
| 2 | Sheila A.G. Armbrust (SBN 265998)<br>sarmbrust@sidley.com |
| 3 | Stephen Chang (SBN 312580)<br>stephen.chang@sidley.com |
| 4 | 555 California Street, Suite 2000<br>San Francisco, CA 94104 |
| 5 | Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400 |
| 6 | SIDLEY AUSTIN LLP |
| 7 | Hille R. Sheppard (*pro hac vice*)<br>hsheppard@sidley.com |
| 8 | One South Dearborn<br>Chicago, Illinois 60603 |
| 9 | Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036 |

*Attorneys for Defendant Western Union Financial Services, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NELSON SEQUEIRA, ORSAY ALEGRIA, and ISMAEL CORDERO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; WESTERN UNION FINANCIAL SERVICES, INC., a Colorado corporation; CONTINENTAL EXCHANGE SOLUTIONS, INC., a Kansas corporation, d/b/a RIA FINANCIAL SERVICES and AFEX MONEY EXPRESS; VIAMERICAS CORPORATION, a Delaware Corporation; and DOLEX DOLLAR EXPRESS, INC., a Texas corporation,<br>Defendants. | Civil Case No. 4:22-cv-07996-HSG<br><br>**STIPULATION FOR AND [PROPOSED] ORDER GRANTING ALTERNATIVE BRIEFING SCHEDULE FOR WESTERN UNION FINANCIAL SERVICES, INC.'S MOTION TO STAY PROCEEDINGS AS TO WESTERN UNION FINANCIAL SERVICES, INC. PURSUANT TO SECTION 3 OF THE FEDERAL ARBITRATION ACT**<br><br>Trial Date: None Set<br>Place: Courtroom 2, 4th Floor, Oakland<br>Judge: Honorable Haywood S. Gilliam, Jr.<br><br>Amended Complaint Filed: January 24, 2023 |

Defendant Western Union Financial Services, Inc. ("Western Union") and Plaintiffs Nelson Sequeira and Ismael Cordero ("Plaintiffs") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS,** Western Union filed a Motion to Stay Proceedings as to Western Union Pursuant to Section 3 of the Federal Arbitration Act (the "Arbitration Motion") in this action on April 15, 2024;

**WHEREAS,** Plaintiffs' Opposition is currently due on April 29, 2024 and Western Union's Reply is currently due on May 6, 2024;

**WHEREAS,** Western Union's Arbitration Motion is noticed for hearing on June 6, 2024;

**WHEREAS,** on April 15, 2024, the Parties met and conferred regarding, among other things, the briefing schedule and agreed to an alternative briefing schedule in light of short-term scheduling conflicts;

**WHEREAS**, the requested alternative briefing schedule would not require delay of the noticed hearing;

**WHEREAS**, the remaining Defendants do not object to this alternative briefing schedule.

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE BY AND THROUGH THEIR UNDERSIGNED COUNSEL THAT:**

1. Plaintiffs' Opposition to Western Union's Arbitration Motion will be due on May 10, 2024;
2. Western Unions Reply In Support of the Arbitration Motion will be due on May 21, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1

STIPULATION FOR AND [PROPOSED] ORDER GRANTING ALTERNATIVE BRIEFING SCHEDULE FOR WESTERN UNION FINANCIAL SERVICES, INC.'S MOTION TO STAY PROCEEDINGS
CASE NO. 4:22-CV-07996-HSG

| | |
|---|---|
| Dated: April 18, 2024 | Respectfully submitted, |
| | SIDLEY AUSTIN LLP |
| |   /s/ Sheila A.G. Armbrust<br>Sheila A.G. Armbrust<br>Hille R. Sheppard (*pro hac vice*)<br>Stephen Chang |
| | *Attorneys for Defendant Western Union Financial Services, Inc.* |
| Dated: April 18, 2024 | EDELSON PC |
| |   /s/ Yaman Salahi<br>Yaman Salahi<br>John Aaron Lawson<br>Rafey Sarkis Balabanian |
| | *Attorneys for Plaintiffs Nelson Sequeira, Orsay Alegria, Ismael Cordero* |
| Dated: April 18, 2024 | UNITED STATES DEPARTMENT OF JUSTICE |
| |   /s/ Julia Alexandra Heiman<br>Julia Alexandra Heiman |
| | *Attorney for the Defendants United States Department of Homeland Security and U.S. Immigration & Customs Enforcement* |
| Dated: April 18, 2024 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| |   /s/ Robert Leslie Wallan<br>Robert Leslie Wallan<br>Christopher M. Butler<br>Jordan Rhodes |
| | *Attorneys for Defendant Continental Exchange Solutions, Inc., D/B/A Ria Financial Services and AFEX Money Express* |

2

STIPULATION FOR AND [PROPOSED] ORDER GRANTING ALTERNATIVE BRIEFING SCHEDULE FOR WESTERN UNION FINANCIAL SERVICES, INC.'S MOTION TO STAY PROCEEDINGS
CASE NO. 4:22-CV-07996-HSG

| | | |
|---|---|---|
| 1 | Dated: April 18, 2024 | CROWELL & MORING LLP |
| 2 | | |
| 3 | |  /s/ Kristin J. Madigan  <br> Kristin J. Madigan |
| | | Jacob Samet Canter |
| 4 | | Warrington S. Parker , III |
| | | Rebecca M. Suarez |
| 5 | | Jennifer Salzman Romano |
| 6 | | *Attorneys for Viamericas Corporation* |
| 7 | Dated: April 18, 2024 | KAUFMAN DOLOWICH |
| 8 | | |
| 9 | |  /s/ Tad A. Devlin  <br> Tad A. Devlin |
| | | Marcus Dong |
| 10 | | Katherine L. Alphonso |
| 11 | | *Attorneys for DolEx Dollar Express, Inc.* |

**CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I have conferred with the above signatories regarding this filing and that the above signatories concur in the filing's content.

  /s/ Sheila A.G. Armbrust  
Sheila A.G. Armbrust

---

3

STIPULATION FOR AND [PROPOSED] ORDER GRANTING ALTERNATIVE BRIEFING SCHEDULE FOR
WESTERN UNION FINANCIAL SERVICES, INC.'S MOTION TO STAY PROCEEDINGS
CASE NO. 4:22-CV-07996-HSG

# [PROPOSED] ORDER

Pursuant to the joint stipulation of the Parties:

Good cause appearing therefore **IT IS ORDERED** that:

1. Plaintiffs' Opposition to Western Union's Arbitration Motion will be due on May 10, 2024;

2. Western Unions Reply In Support of the Arbitration Motion will be due on May 21, 2024.

**IT IS ORDERED**

Dated: _____

                              Hon. Haywood S. Gilliam, Jr.
                              United States District Judge

4

STIPULATION FOR AND [PROPOSED] ORDER GRANTING ALTERNATIVE BRIEFING SCHEDULE FOR WESTERN UNION FINANCIAL SERVICES, INC.'S MOTION TO STAY PROCEEDINGS
CASE NO. 4:22-CV-07996-HSG