SIDLEY AUSTIN LLP
Sheila A.G. Armbrust (SBN 265998)
sarmbrust@sidley.com
Stephen Chang (SBN 312580)
stephen.chang@sidley.com
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

SIDLEY AUSTIN LLP
Hille R. Sheppard (*pro hac vice*)
hsheppard@sidley.com
One South Dearborn
Chicago, Illinois  60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Defendant Western Union Financial Services, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NELSON SEQUEIRA, ORSAY ALEGRIA, and ISMAEL CORDERO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; WESTERN UNION FINANCIAL SERVICES, INC., a Colorado corporation; CONTINENTAL EXCHANGE SOLUTIONS, INC., a Kansas corporation, d/b/a RIA FINANCIAL SERVICES and AFEX MONEY EXPRESS; VIAMERICAS CORPORATION, a Delaware Corporation; and DOLEX DOLLAR EXPRESS, INC., a Texas corporation,<br><br>Defendants. | Civil Case No. 4:22-cv-07996-HSG<br><br>**STIPULATION FOR AND ORDER GRANTING ALTERNATIVE BRIEFING SCHEDULE FOR WESTERN UNION FINANCIAL SERVICES, INC.'S MOTION TO STAY PROCEEDINGS AS TO WESTERN UNION FINANCIAL SERVICES, INC. PURSUANT TO SECTION 3 OF THE FEDERAL ARBITRATION ACT**<br><br>Trial Date: None Set<br>Place: Courtroom 2, 4th Floor, Oakland<br>Judge: Honorable Haywood S. Gilliam, Jr.<br><br>Amended Complaint Filed: January 24, 2023 |

Defendant Western Union Financial Services, Inc. ("Western Union") and Plaintiffs Nelson Sequeira and Ismael Cordero ("Plaintiffs") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS,** Western Union filed a Motion to Stay Proceedings as to Western Union Pursuant to Section 3 of the Federal Arbitration Act (the "Arbitration Motion") in this action on April 15, 2024;

**WHEREAS,** Plaintiffs' Opposition is currently due on April 29, 2024 and Western Union's Reply is currently due on May 6, 2024;

**WHEREAS,** Western Union's Arbitration Motion is noticed for hearing on June 6, 2024;

**WHEREAS,** on April 15, 2024, the Parties met and conferred regarding, among other things, the briefing schedule and agreed to an alternative briefing schedule in light of short-term scheduling conflicts;

**WHEREAS**, the requested alternative briefing schedule would not require delay of the noticed hearing;

**WHEREAS**, the remaining Defendants do not object to this alternative briefing schedule.

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE BY AND THROUGH THEIR UNDERSIGNED COUNSEL THAT:**

1. Plaintiffs' Opposition to Western Union's Arbitration Motion will be due on May 10, 2024;
2. Western Unions Reply In Support of the Arbitration Motion will be due on May 21, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 18, 2024

Respectfully submitted,

SIDLEY AUSTIN LLP

 /s/ Sheila A.G. Armbrust
Sheila A.G. Armbrust
Hille R. Sheppard (*pro hac vice*)
Stephen Chang

*Attorneys for Defendant Western Union Financial Services, Inc.*

Dated: April 18, 2024

EDELSON PC

 /s/ Yaman Salahi
Yaman Salahi
John Aaron Lawson
Rafey Sarkis Balabanian

*Attorneys for Plaintiffs Nelson Sequeira, Orsay Alegria, Ismael Cordero*

Dated: April 18, 2024

UNITED STATES DEPARTMENT OF JUSTICE

 /s/ Julia Alexandra Heiman
Julia Alexandra Heiman

*Attorney for the Defendants United States Department of Homeland Security and U.S. Immigration & Customs Enforcement*

Dated: April 18, 2024

PILLSBURY WINTHROP SHAW PITTMAN LLP

 /s/ Robert Leslie Wallan
Robert Leslie Wallan
Christopher M. Butler
Jordan Rhodes

*Attorneys for Defendant Continental Exchange Solutions, Inc., D/B/A Ria Financial Services and AFEX Money Express*

2

STIPULATION FOR AND ORDER GRANTING ALTERNATIVE BRIEFING SCHEDULE FOR WESTERN UNION FINANCIAL SERVICES, INC.'S MOTION TO STAY PROCEEDINGS
CASE NO. 4:22-CV-07996-HSG

|   |   |
|---|---|
| Dated: April 18, 2024 | CROWELL & MORING LLP |
|   | */s/ Kristin J. Madigan*<br>Kristin J. Madigan<br>Jacob Samet Canter<br>Warrington S. Parker, III<br>Rebecca M. Suarez<br>Jennifer Salzman Romano |
|   | *Attorneys for Viamericas Corporation* |
| Dated: April 18, 2024 | KAUFMAN DOLOWICH |
|   | */s/ Tad A. Devlin*<br>Tad A. Devlin<br>Marcus Dong<br>Katherine L. Alphonso |
|   | *Attorneys for DolEx Dollar Express, Inc.* |

### **CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I have conferred with the above signatories regarding this filing and that the above signatories concur in the filing's content.

*/s/ Sheila A.G. Armbrust*
Sheila A.G. Armbrust

3

STIPULATION FOR AND ORDER GRANTING ALTERNATIVE BRIEFING SCHEDULE FOR WESTERN UNION FINANCIAL SERVICES, INC.'S MOTION TO STAY PROCEEDINGS
CASE NO. 4:22-CV-07996-HSG

**ORDER**

Pursuant to the joint stipulation of the Parties:

Good cause appearing therefore **IT IS ORDERED** that:

1. Plaintiffs' Opposition to Western Union's Arbitration Motion will be due on May 10, 2024;

2. Western Unions Reply In Support of the Arbitration Motion will be due on May 21, 2024.

**IT IS ORDERED**

Dated:   4/19/2024

　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

4

STIPULATION FOR AND ORDER GRANTING ALTERNATIVE BRIEFING SCHEDULE FOR WESTERN UNION FINANCIAL SERVICES, INC.'S MOTION TO STAY PROCEEDINGS
CASE NO. 4:22-CV-07996-HSG