Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
J. Aaron Lawson (SBN 319306)
alawson@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Sejal Zota (*pro hac vice*)
sejal@justfutureslaw.org
Dinesh McCoy (*pro hac vice*)
dinesh@justfutureslaw.org
Daniel Werner (SBN 322310)
daniel@justfutureslaw.org
JUST FUTURES LAW
95 Washington Street, Suite 104-149
Canton, MA 02021
Tel: 617.812.2822

*Attorneys for Plaintiffs and the proposed Classes*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NELSON SEQUEIRA, ORSAY ALEGRIA, and ISMAEL CORDERO, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; WESTERN UNION FINANCIAL SERVICES, INC., a Colorado corporation; CONTINENTAL EXCHANGE SOLUTIONS, INC., a Kansas corporation, d/b/a RIA FINANCIAL SERVICES and AFEX MONEY EXPRESS; VIAMERICAS CORPORATION, a Delaware Corporation; and DOLEX DOLLAR EXPRESS, INC., a Texas corporation,<br><br>*Defendants*. | Case No. 4:22-cv-07996-HSG<br>Hon. Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION AND ORDER RE: CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: December 12, 2022<br>Trial Date: None Set |

**STIPULATION**

WHEREAS, on March 3, 2024 the Court ordered that any amended pleadings be filed by Plaintiffs Nelson Sequeira, Orsay Alegria, and Ismael Cordero ("Plaintiffs") by April 18, 2024. Docket No. 116.

WHEREAS, the Court set a Telephonic Case Management Conference for April 30, 2024 at 2:00 p.m. and ordered the Parties to submit a Case Management Statement by April 23, 2024. Docket No. 117.

WHEREAS, the Parties submitted a stipulation requesting extension of the deadline for Plaintiffs to file their SAC to May 9, 2024, which was granted by the Court on April 18, 2024. Docket Nos. 122, 127.

WHEREAS, the Parties respectfully request that the Case Management Conference be postponed until after Plaintiffs' amended pleadings are filed, as the scope of those pleadings may inform the issues to be addressed at the conference as well as in the joint Case Management Statement to be filed in advance of such conference..

**BASED ON THE FOREGOING, AND PURSUANT TO CIVIL LOCAL RULE 6-1(b), THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE:**

The schedule should be revised as follows:

- Deadline to File Case Management Statement: May 14, 2024
- Telephonic Case Management Conference: May 21, 2024 at 2:00 p.m.

**SO STIPULATED.**

Dated: April 22, 2024         By:   /s/ Yaman Salahi
                                    Rafey Balabanian (SBN 315962)
                                    rbalabanian@edelson.com
                                    Yaman Salahi (SBN 288752)
                                    ysalahi@edelson.com
                                    J. Aaron Lawson (SBN 319306)
                                    alawson@edelson.com
                                    EDELSON PC
                                    150 California Street, 18th Floor
                                    San Francisco, California 94111
                                    Tel: 415.212.9300
                                    Fax: 415.373.9435

|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     | Sejal Zota (*pro hac vice*) |
|     |     | sejal@justfutureslaw.org |
| 3   |     | Dinesh McCoy (*pro hac vice*) |
|     |     | dinesh@justfutureslaw.org |
| 4   |     | Daniel Werner (SBN 322310) |
|     |     | daniel@justfutureslaw.org |
| 5   |     | JUST FUTURES LAW |
|     |     | 95 Washington Street, Suite 104-149 |
| 6   |     | Canton, MA 02021 |
| 7   |     | Tel: 617.812.2822 |

*Attorneys for Individual and Representative Plaintiffs Nelson Sequeira, Orsay Alegria, and Ismael Cordero*

Dated: April 22, 2024          By:   /s/ Robert L. Wallan
                                      Robert L. Wallan (SBN 126480)
                                      robert.wallan@pillsburylaw.com
                                      Nathan M. Spatz (SBN 204769)
                                      nathan.spatz@pillsburylaw.com
                                      Christopher M. Butler (SBN 318219)
                                      christopher.butler@pillsburylaw.com
                                      Jordan Rhodes (SBN 342910)
                                      jordan.rhodes@pillsburylaw.com
                                      PILLSBURY WINTHROP SHAW PITTMAN LLP
                                      725 South Figueroa Street, 36th Floor
                                      Los Angeles, CA 90017-5524
                                      Telephone: 213.488.7100
                                      Facsimile: 213.629.1033

*Attorneys for Defendant Continental Exchange Solutions, Inc., d/b/a Ria Financial Services and AFEX Money Express*

Dated:  April 22, 2024          /s/ Sheila A.G. Armbrust
                                Sheila A.G. Armbrust (SBN 265998)
                                sarmbrust@sidley.com
                                Hille Sheppard (*pro hac vice*)
                                hsheppard@sidley.com
                                Stephen Chang (SBN 312580)
                                stephen.chang@sidley.com
                                SIDLEY AUSTIN LLP
                                555 California Street, Suite 2000
                                San Francisco, CA 94104
                                Telephone: (415) 772-1200
                                Facsimile: (415) 772-7400

|  |  |
|---|---|
|  | *Attorneys for Defendant Western Union Financial Services, Inc.* |
| Dated:  April 22, 2024 | /s/ Kristin J. Madigan<br>Warrington S. Parker (SBN 148003)<br>wparker@crowell.com<br>Kristin J. Madigan (SBN 233436)<br>kmadigan@crowell.com<br>Jacob Canter (SBN 324330)<br>jcanter@crowell.com<br>Rebeca Suarez (SBN 284853)<br>rsuarez@crowell.com<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Telephone:  415.986.2800<br>Facsimile:  415.986.2827<br><br>Jennifer S. Romano (SBN 195953)<br>jromano@crowell.com<br>CROWELL & MORING LLP<br>515 South Flower Street, 40th Fl.<br>Los Angeles, CA 90071<br>Telephone:  213.622.4750<br>Facsimile:  213.622.2690 |
|  | *Attorneys for Defendant Viamericas Corporation* |
| Dated:  April 22, 2024 | /s/ Katherine Alphonso<br>Tad A. Devlin (SBN 190366)<br>tdevlin@kdvlaw.com<br>Marcus Dong (SBN 251723)<br>mdong@kdvlaw.com<br>Katherine Alphonso (SBN 314926)<br>kalphonso@kdvlaw.com<br>KAUFMAN DOLOWICH & VOLUCK, LLP<br>425 California Street, Suite 2100<br>San Francisco, CA 94104<br>Telephone: (415) 926-7600<br>Facsimile: (415) 358-4809 |
|  | *Attorneys for Defendant, DOLEX DOLLAR EXPRESS, INC.* |
| Dated: April 22, 2024 | /s/ Julia A. Heiman |

Julia A. Heiman (SBN 241415)
Senior Counsel
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-8480
Facsimile: (202) 616-8470
julia.heiman@usdoj.gov

*Attorney for Federal Defendants*

**ATTESTATION OF ELECTRONIC SIGNATURE**

I hereby attest that pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), I have obtained authorization from the above signatories representing Defendants to file the above-referenced document, and that the above signatories concur in the filing's content.

*/s/ Yaman Salahi*
Yaman Salahi

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the foregoing stipulation and Civil Local Rule 6-1(b), the Court **ORDERS** as |
| 3 | follows: |
| 4 | • Deadline to File Case Management Statement: May 14, 2024 |
| 5 | • Telephonic Case Management Conference: May 21, 2024 at 2:00 p.m. |

**IT IS SO ORDERED.**

DATED: 4/23/2024

