Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
J. Aaron Lawson (SBN 319306)
alawson@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Julian Zhu (SBN 342744)
jzhu@edelson.com
EDELSON PC
350 N LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Sejal Zota (*pro hac vice*)
sejal@justfutureslaw.org
Dinesh McCoy (*pro hac vice*)
dinesh@justfutureslaw.org
Daniel Werner (SBN 322310)
daniel@justfutureslaw.org
JUST FUTURES LAW
95 Washington Street, Suite 104-149
Canton, Massachusetts 02021
Tel: 617.812.2822

*Attorneys for Plaintiffs and the proposed Classes*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| NELSON SEQUEIRA, ORSAY ALEGRIA, and ISMAEL CORDERO, individually and on behalf of all others similarly situated,<br><br>           *Plaintiffs*,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; WESTERN UNION FINANCIAL SERVICES, INC., a Colorado corporation; CONTINENTAL EXCHANGE SOLUTIONS, INC., a Kansas corporation, d/b/a RIA FINANCIAL SERVICES and AFEX MONEY EXPRESS; VIAMERICAS CORPORATION, a Delaware Corporation; and DOLEX DOLLAR EXPRESS, INC., a Texas corporation,<br><br>           *Defendants*. | Case No. 4:22-cv-07996-HSG<br>Hon. Haywood S. Gilliam, Jr.<br><br>**NOTICE OF APPEARANCE OF JULIAN ZHU**<br><br>Action Filed: December 12, 2022<br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Julian Zhu of Edelson PC hereby enters his appearance in the above-captioned matter as counsel of record on behalf of Plaintiffs Nelson Sequeira, Orsay Alegria, and Ismael Cordero, and respectfully requests that all pleadings, notice, orders, correspondence, and other papers in connection with this matter be served upon him at the following address:

> Julian Zhu
> EDELSON PC
> 350 N LaSalle Street, 14th Floor
> Chicago, Illinois 60654
> Tel: 312.589.6370
> Fax: 312.589.6378
> Email: jzhu@edelson.com

Julian Zhu is admitted to practice, and is in good standing, in the Northern District of California.

Dated: April 30, 2024                      Respectfully submitted,

**NELSON SEQUEIRA**, **ORSAY ALEGRIA**, and **ISMAEL CORDERO**, individually and on behalf of all others similarly situated,

By: /s/ Julian Zhu
  One of Plaintiffs' Attorneys

Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
J. Aaron Lawson (SBN 319306)
alawson@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Julian Zhu (SBN 342744)
jzhu@edelson.com
EDELSON PC

|   |   |
|---|---|
| 1 | 350 N LaSalle Street, 14th Floor |
| 2 | Chicago, Illinois 60654<br>Tel: 312.589.6370 |
| 3 | Fax: 312.589.6378 |

Sejal Zota (*pro hac vice*)
sejal@justfutureslaw.org
Dinesh McCoy (*pro hac vice*)
dinesh@justfutureslaw.org
Daniel Werner (SBN 322310)
daniel@justfutureslaw.org
JUST FUTURES LAW
95 Washington Street, Suite 104-149
Canton, Massachusetts 02021
Tel: 617.812.2822

*Attorneys for Plaintiffs and the proposed Classes*