BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
JULIA A. HEIMAN
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8480
Fax: (202) 616-8470
Email: julia.heiman@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| NELSON SEQUEIRA, *et al.*, | Case No.: 4:22-cv-07996-HSG |
| Plaintiffs, | |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | **FEDERAL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |
| Defendants. | |
| | Date: September 5, 2024 |
| | Time: 02:00 pm |

PLEASE TAKE NOTICE that, on September 5, 2024, at 2:00 p.m., before Judge Haywood S. Gilliam, Jr., the Department of Homeland Security and U.S. Immigration and Customs Enforcement (together the "Federal Defendants") will move to dismiss Count I of

Plaintiffs' Second Amended Complaint, ECF No. 138, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth further in the accompanying Memorandum of Points and Authorities

Dated: June 6, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ Julia A. Heiman
JULIA A. HEIMAN, Bar No. 241415
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-8480
Facsimile: (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Federal Defendants*