BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
JULIA A. HEIMAN
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8480
Fax: (202) 616-8470
Email: julia.heiman@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NELSON SEQUEIRA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No.: 4:22-cv-07996-HSG <br><br> **DECLARATION OF JULIA A. HEIMAN SUBMITTED IN SUPPORT OF FEDERAL DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** <br><br> Date: September 5, 2024 <br> Time: 02:00 pm |

I, Julia A. Heiman, declare as follows:

1. I am a Senior Counsel in the United States Department of Justice, Civil Division,

Federal Programs Branch.  I am one of the counsel for the Federal Defendants in the above-captioned case.

2. The statements made herein are based on my personal knowledge.

3. Attached hereto, as Exhibit 1, is a true and correct copy of a printout of the webpage: https://www.dolex.com/loans/.

* * * * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of June, 2024.

> */s/ Julia A. Heiman*
> JULIA A. HEIMAN

# Exhibit 1





Affordable credit-building loans. We support your financial growth

Español　Careers　Contact Us　FAQ

# OPORTUN PERSONAL LOANS
Get your money in cash

**APPLY NOW**

## Oportun Personal Loans for people like you!
A loan with



can cost you less.
Get prequalified in minutes without affecting your credit score.
Quick and easy personal loans from $300 to $10,000 (typical loans range from $500 to $7,500) and fixed,
affordable payments to meet your budget.*
Get your money in cash. Plus, you can build your credit history.

**Apply now**

## No credit history needed to apply, just bring:

**Valid U.S or foreign ID**

**Proof of income**

Privacy & Cookies Policy

6/6/24, 6:51 PM                                            Affordable credit-building loans. We support your financial growth

Case 4:22-cv-07996-HSG   Document 144-2   Filed 06/06/24   Page 5 of 7



**Proof of address**

\* Oportun personal loans offered through DolEx locations. By applying through DolEx, you agree that DolEx can use the contact information you provide for a loan application to also open a DolEx customer account for you. Loans subject to credit approval, with typical loans ranging from $500 to $7,500. Maximum loan amounts and terms vary by state, with unsecured personal loans above $6,000 not available in Florida and only to qualified returning customers in other states. Oportun reports account payment histories to select nationwide credit bureaus. While a prior credit history is not required to qualify, Oportun will request and consider consumer credit reports for all applicants. California loans made pursuant to a California Financing Law license. For loans made in other states, see licensing information available at Oportun.com.



Oportun's website terms, privacy, and security policies apply to anyone who visits that site, which may be different than DolEx website policies. Please review each website's terms privacy and security policies to see how they apply to you.

## OPORTUN CLIENTS TESTIMONIALS

La historia de Eduardo: Cómo establecer crédito con Oportun

Oportun

00:16

La historia de Amelita: Oportun ayuda a superar los altibajos financieros de la vida

Oportun

00:17

Privacy & Cookies Policy

6/6/24, 6:51 PM

Case 4:22-cv-07996-HSG   Document 144-2   Filed 06/06/24   Page 6 of 7

Affordable credit-building loans. We support your financial growth





La historia de Angelita: Oportun me ayudó a mejorar mi puntaje de crédito

Oportun

00:15

 

 

DolEx
Financial Services

 

Copyright © 2022 DolEx Dollar Express, Inc.

- About Us
  - Management Team
  - Board of Directors
  - Community Involvement
- Careers
- Investor Relationships
- FAQ

Privacy & Cookies Policy

