BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
JULIA A. HEIMAN
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8480
Fax: (202) 616-8470
Email: julia.heiman@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NELSON SEQUEIRA, *et al.*, | Case No.: 4:22-cv-07996-HSG |
| Plaintiffs, | |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | **[PROPOSED] ORDER** |

The Court having fully considered the Federal Defendants' Motion to Dismiss the Second Amended Complaint, and the parties' submissions in support thereof and in opposition thereto, the Motion is **HEREBY GRANTED**.  Count I of the Second Amended Complaint is **HEREBY**

**DISMISSED WITH PREJUDICE** and judgement for the Federal Defendants is **HEREBY ENTERED**.

Dated: _____, 2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge