# EXHIBIT H



**STATE OF ARIZONA**
**OFFICE OF ATTORNEY GENERAL**
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-8431

# REQUEST TO PRODUCE RECORDS

Continental Exchange Solutions, Inc. and RIA Financial Services
6565 Knott Avenue
Buena Park, CA 90620
Attn: Ms. Manpreet Goraya

YOU ARE HEREBY COMMANDED, pursuant to A.R.S. § 13-2315, to produce for examination and copying by the Attorney General of the State of Arizona the following described records:

Data, including the data fields described in the **updated** attached Data Appendix, for all transactions that have a value of $500 or greater and that meet any one of the following criteria:

1. Originate in the Southwest Border (including the states of Arizona, California, New Mexico and Texas);
2. Originate in the Country of Mexico;
3. Are paid out in the Southwest Border (including the states of Arizona, California, New Mexico and Texas); or
4. Are paid out in the country of Mexico.

The data shall be provided on a bi-weekly schedule or as soon as practicable as each such period becomes available, beginning with July 1, 2023, and ending with June 30, 2024. **PLEASE TAKE NOTICE OF THE UPDATED DATA APPENDIX. FOR THE DATA FIELD RELATED TO THE SUBPOENA IDENTIFICATION NUMBER, PLEASE INCLUDE REFERENCE NUMBER: AZAG2023RTP.**

The data is to be delivered electronically to the Arizona Attorney General's Office by delivery to its **secure file share** available at: https://fileshare.azag.gov/filedrop/~ZeQ9or.

**When uploading a file, input your contact email address in the "From" box, Subpoena**

number in the "Subject" box, and the date range of transactions within the file in the "Message" box. Then click "add files." Once your file(s) is selected choose "Send."

All information about transaction details must be contained in one, consolidated table and should only contain completed (sent and paid) transactions. The database is to exclude Commercial Payment (customers paying bills to corporations and businesses and business sending to employees or customers) transactions. A data dictionary should also be provided including a definition of each field, both of its formatting characteristics and plain-English meaning. All fields which are "coded", "lookups" or are abbreviations require the descriptions (full verbose values) to also be provided, including but not limited to country codes and identification types.

This request is made in connection with the lawful performance of my official duties as an Assistant Attorney General of the State of Arizona, in order to investigate racketeering as defined by A.R.S. § 13-2301(D)(4) or a violation of A.R.S. § 13-2312. Your failure to comply in full with this request will subject you to the proceedings provided by A.R.S. § 13-2315(B).

NOTICE: This is a felony investigation. Either warning another person of impending felony prosecution or suppressing physical evidence by concealment, alteration or destruction in a felony investigation are each separate felonies. A.R.S. § 13-2510(2) and (5); § 13-2512.

Please contact the Arizona Attorney General's Office through its Chief Special Agent James Cope at james.cope@azag.gov for any questions regarding production of this request.

Shawn Steinberg
Assistant Attorney General
Arizona Attorney General's Office

SUBSCRIBED AND SWORN to before me this 23rd day of June, 2023.

Notary Public

My Commission expires 

LISA S. RODRIGUEZ
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 593672
Expires December 9, 2024

**DATA APPENDIX AS LINE ITEMS (any new requested data fields are highlighted)**

1. Subpoena Identification Number
2. Money Transfer Control Number
3. Record date & time
4. Pay date & time
5. Principal
6. Licensed or authorized delegate name
7. Sending operator name and/or identification number
8. Paying operator name
9. Sending agent number
10. Sending agent name
11. Sending agent address
12. Sending agent city
13. Sending Agent State
14. Sending agent zip code
15. If applicable, sending bank name
16. If applicable, sending bank account holder name
17. If applicable, sending bank account number  (please provide last 6 account numbers)
18. Paying agent number
19. Paying agent name
20. Paying agent address
21. Paying agent city
22. Paying agent state
23. Paying agent zip code
24. Sending currency
25. Paying currency
26. Sending country
27. Paying country
28. Sender name
29. Sender address
30. Sender city
31. Sender state
32. Sender zip
33. Sender phone
34. Sender DOB
35. Sender occupation
36. Sender identification type
37. Sender identification type description
38. Sender identification issuer
39. Sender identification number
40. Sender SSN (ID2)
41. Internal global identification number assigned to sender
42. Payee name
43. Payee address
44. Payee city

45. Payee state
46. Payee zip
47. Payee phone
48. Payee DOB
49. Payee occupation
50. Payee identification type
51. Payee identification type description
52. Payee identification issuer
53. Payee identification number
54. Payee SSN (ID2)
55. Internal global identification number assigned to payee
56. If applicable, payee bank name
57. If applicable, payee account holder name
58. If applicable, payee bank account number if applicable (please provide last 6 account numbers)
59. Sender Email Address used to create web based account
60. Sender Email Address used to send transaction
61. Sender Included reasons for transaction (if any)