KAUFMAN DOLOWICH, LLP
TAD A. DEVLIN, ESQ. (SBN 190355)
MARCUS M. DONG, ESQ. (SBN 251723)
KATHERINE L. ALPHONSO, ESQ. (SBN 314926)
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601
Email: tdevlin@kaufmandolowich.com
       mdong@kaufmandolowich.com
       kalphonso@kaufmandolowich.com

Attorneys for Defendant
Dolex Dollar Express, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| NELSON SEQUEIRA, ISMAEL CORDERO, MARIA HERNANDEZ, and JOSE ANTONIO MANJARREZ individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; WESTERN UNION FINANCIAL SERVICES, INC., a Colorado corporation; CONTINENTAL EXCHANGE SOLUTIONS, INC., a Kansas corporation, d/b/a RIA FINANCIAL SERVICES and AFEX MONEY EXPRESS; and DOLEX DOLLAR EXPRESS, INC., a Texas corporation,<br><br>*Defendants*. | Case No. 4:22-cv-07996-HSG<br><br>Action Filed: December 12, 2022<br>Trial Date: None Set<br>Assigned to Hon. Haywood S. Gilliam, Jr.<br><br>**DEFENDANT DOLEX DOLLAR EXPRESS, INC.'S REQUEST FOR JUDICIAL NOTICE SUPPORTING MONEY TRANSFER BUSINESS DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date: September 5, 2024<br>Time: 2:00 p.m.<br>Courtroom: 2 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Evidence 201, Defendant DOLEX DOLLAR EXPRESS, INC. ("DolEx") respectfully requests the Court take judicial notice of the

following materials in support of the Money Transfer Business' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint:

    1.    June 15, 2022 Request to Produce Records from the State of Arizona Office of Attorney General to Dolex Dollar Express, Inc., a true and correct copy of which is attached as **Exhibit 1**.

Rule 201 of the Federal Rules of Evidence provides "[t]he court may judicially notice a fact that is not subject to reasonable dispute." Fed. R. Evid. 201(b). Facts are not subject to reasonable dispute if: (1) they are "generally known within the trial court's territorial jurisdiction," or (2) they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *Id.* Courts may also take judicial notice "of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992)(citations omitted). Thus, "[c]ourts may take judicial notice of the fact of service and response to subpoenas . . . ." *U.S. v. TruConnect*, 2021 WL 6103553, *3 fn.3 (C.D. Cal. Nov. 23, 2020).

Here, the Court may properly take judicial notice of the State of Arizona Office of Attorney General's June 15, 2022 Request to Produce Records to Dolex, as its existence can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

As such, Exhibit 1, referenced in this request and cited in the above-referenced joint motion, is properly before this Court, and DolEx respectfully requests this Court take judicial notice.

DATE: JUNE 13, 2024                      KAUFMAN DOLOWICH, LLP

                                                By: */s/ Katherine L. Alphonso*

                                                Tad A Devlin
                                                Marcus Dong
                                                Katherine Alphonso
                                                Attorneys for Defendant
                                                Dolex Dollar Express, Inc.

# EXHIBIT 1



STATE OF ARIZONA
OFFICE OF ATTORNEY GENERAL
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-8431

# REQUEST TO PRODUCE RECORDS

TO:   DOLEX and Dollar Express, Inc.
   Attn:   Mr. Alfredo Vargas ref. Subpoena Compliance
   700 Highlander Blvd, Suite 450
   Arlington, TX 76015

YOU ARE HEREBY COMMANDED, pursuant to A.R.S. § 13-2315, to produce for examination and copying by the Attorney General of the State of Arizona the following described records:

Data, including the data fields described in the **updated** attached Data Appendix, relating to each send and each receive transaction of $500 and greater, sent to or from the country of Mexico <u>and</u> to and from the states of Arizona, California, New Mexico, Texas and to or from the country of Mexico, on a bi-weekly schedule or as soon as practicable as each such period becomes available, beginning with July 1, 2022 and ending with June 30, 2023. **PLEASE TAKE NOTICE OF THE UPDATED DATA APPENDIX. FOR THE DATA FIELD RELATED TO THE SUBPOENA IDENTIFICATION NUMBER, PLEASE INCLUDE REFERENCE NUMBER: AZAG2022RTP2.**

The data is to be delivered electronically to the Arizona Attorney General's Office by delivery to its "SFTP" (Secure File Transfer Protocol) site in a delimited text files format.

All information about transaction details must be contained in one, consolidated table and should only contain completed (sent and paid) transactions. The database is to exclude Commercial Payment (customers paying bills to corporations and businesses and business sending to employees or customers) transactions. A data dictionary should also be provided including a definition of each field, both of its formatting characteristics and plain-English meaning. All fields which are "coded", "lookups" or are

abbreviations require the descriptions (full verbose values) to also be provided, including but not limited to country codes and identification types.

This request is made in connection with the lawful performance of my official duties as an Assistant Attorney General of the State of Arizona, in order to investigate racketeering as defined by A.R.S. § 13-2301(D)(4) or a violation of A.R.S. § 13-2312. Your failure to comply in full with this request will subject you to the proceedings provided by A.R.S. § 13-2315(B).

NOTICE: This is a felony investigation. Either warning another person of impending felony prosecution or suppressing physical evidence by concealment, alteration or destruction in a felony investigation are each separate felonies. A.R.S. § 13-2510(2) and (5); § 13-2512.

Please contact the Arizona Attorney General's Office through its investigator Special Agent James Cope at james.cope@azag.gov for any questions regarding production of this request and through its agent Mike Robinson at mike.robinson@forcepoint.com for the secure VPN address, and to define a new CSV standard if necessary, for the data delivery.

_____
Shawn Steinberg
Assistant Attorney General
Arizona Attorney General's Office

SUBSCRIBED AND SWORN to before me this 15th day of June, 2022.

_____
Notary Public

My Commission expires:



LISA S. RODRIGUEZ
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 593672
Expires December 9, 2024

# DATA APPENDIX AS LINE ITEMS

1. Subpoena Identification Number
2. Money Transfer Control Number
3. Record date & time
4. Pay date & time
5. Principal
6. Licensed or authorized delegate
7. Sending operator name and/or identification number
8. Paying operator name
9. Sending agent number
10. Sending agent name
11. Sending agent address
12. Sending agent city
13. Sending Agent State
14. Sending agent zip code
15. If applicable, sending bank name
16. If applicable, sending bank account holder name
17. If applicable, sending bank account number  (please provide last 6 account numbers)
18. Paying agent number
19. Paying agent name
20. Paying agent address
21. Paying agent city
22. Paying agent state
23. Paying agent zip code
24. Sending currency
25. Paying currency
26. Sending country
27. Paying country
28. Sender name
29. Sender address
30. Sender city
31. Sender state
32. Sender zip
33. Sender phone
34. Sender DOB
35. Sender occupation
36. Sender identification type
37. Sender identification type description
38. Sender identification issuer
39. Sender identification number
40. Sender SSN (ID2)
41. Payee name
42. Payee address
43. Payee city

44. Payee state
45. Payee zip
46. Payee phone
47. Payee DOB
48. Payee occupation
49. Payee identification type
50. Payee identification type description
51. Payee identification issuer
52. Payee identification number
53. Payee SSN (ID2)
54. If applicable, payee bank name
55. If applicable, payee account holder name
56. If applicable, payee bank account number if applicable (please provide last 6 account numbers)
57. Sender Email Address used to create web based account
58. Sender Email Address used to send transaction
59. Sender Included reasons for transaction (if any)