BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BRIGHAM J. BOWEN
Assistant Branch Director
JULIA A. HEIMAN
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8480
Fax: (202) 616-8470
Email: julia.heiman@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NELSON SEQUEIRA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No.: 4:22-cv-07996-HSG <br><br> **DECLARATION OF JULIA A. HEIMAN SUBMITTED IN SUPPORT OF FEDERAL DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** <br><br> Date:  September 5, 2024 <br> Time:  02:00 pm |

I, Julia A. Heiman, declare as follows:

1. I am a Senior Counsel in the United States Department of Justice, Civil Division,

Federal Programs Branch. I am one of the counsel for the Federal Defendants in the above-captioned case.

2. The statements made herein are based on my personal knowledge.

3. Attached hereto, as Exhibit 1, is a true and correct copy of a printout of the webpage: https://www.dolex.com/loans/, dated August 19, 2022, available online through the Internet Archive.[1]

4. The Federal Defendants' Motion to Dismiss the Second Amended Complaint, included the following quotation from DolEx's webpage, which appeared on the webpage at that time: "Oportun (a service provider) partners with DolEx in certain states to bring you personal loans, issued by Pathward®, N.A. a national bank headquartered in South Dakota. Neither Oportun or Parthward participates in any other DolEx product or service." ECF No. 144-1 at 8. The same language currently appears on DolEx's webpage, https://www.dolex.com/loans/, but is omitted from the resulting pdf when the webpage is printed to pdf.

* * * * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of August, 2024.

/s/ Julia A. Heiman
JULIA A. HEIMAN

---

[1] The Internet Archive describes itself as a nonprofit organization that is "building a digital library of Internet sites and other cultural artifacts in digital form." *See* About the Internet Archive, *available at* https://archive.org/about/.