1  Nathan Freed Wessler (*pro hac vice application pending*)
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
2  125 Broad Street, 18th Floor
   New York, NY 10004
3  (212) 549-2500
   nwessler@aclu.org
4  *Attorney for* Amici Curiae

5  Matthew T. Cagle (SBN 286101)
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
6  39 Drumm Street
   San Francisco, CA 94111
7  (415) 293-6336
   mcagle@aclunc.org
8  *Attorney for* Amici Curiae

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| NELSON SEQUEIRA, ORSAY ALEGRIA, and ISMAEL CORDERO, individually an on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; WESTERN UNION FINANCIAL SERVICES, INC., a Colorado corporation; CONTINENTAL EXCHANGE SOLUTIONS, INC., a Kansas corporation, d/b/a RIA FINANCIAL SERVICES and AFEX MONEY EXPRESS; VIAMERICAS CORPORATION, a Delaware Corporation; and DOLEX DOLLAR EXPRESS, INC., a Texas corporation,<br><br>Defendants. | Case No. 4:22-CV-07996-HSG<br><br>MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION OF ARIZONA, AND AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MONEY TRANSFER BUSINESS DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT |

1  The American Civil Liberties Union (ACLU), American Civil Liberties Union of Arizona, and American Civil Liberties Union of Northern California, by and through undersigned counsel, respectfully move for leave to file the attached letter brief in support of Plaintiffs' Opposition to Money Transfer Business Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint in the above-captioned case.[1] In support of this motion, *amici* state the following:

"The district court has broad discretion to appoint amici curiae." *NetChoice, LLC v. Bonta*, No. 22-CV-08861-BLF, 2023 WL 6131619, at *1 (N.D. Cal. Sept. 18, 2023) (citation omitted). "There are no strict prerequisites to qualify as amici. . . Amici need show only that their participation is useful to the court." *Id.* (citation and quotation marks omitted); *see also* Fed. R. App. P. 29(a)(3) (motion for leave to file must state the movant's interest, the reason why an *amicus* brief is desirable, and why the matters asserted are relevant to the disposition of the case). The "classic role" of *amici* includes "assisting in a case of general public interest" and "supplementing the efforts of counsel." *Miller-Wohl Co. v. Comm'r of Lab. & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982).

Each of the *amici* has a strong interest in the issues before the Court. The ACLU is a nationwide, nonprofit, nonpartisan organization dedicated to defending the principles of liberty and equality embodied in the Constitution. The ACLU of Arizona and ACLU of Northern California are affiliates of the national ACLU. The ACLU and its affiliates share a longstanding commitment to protecting individuals against unjustified invasions of privacy by the government and private corporations, and have served as counsel or *amicus curiae* in multiple cases concerning

---

[1] No party's counsel authored the proposed brief of *amici curiae* in whole or in part nor contributed money that was intended to fund preparing or submitting the brief. No person other than *amici* contributed money that was intended to fund preparing or submitting the brief. *See* Fed. R. App. P. 29(a)(4)E).

enforcement of consumer privacy statutes and the Fourth Amendment. *See, e.g.*, *Carpenter v. United States*, 585 U.S. 296 (2018) (counsel); *United States v. Moalin*, 973 F.3d 977 (9th Cir. 2020) (counsel); *Patel v. Facebook, Inc.*, 932 F.3d 1264 (9th Cir. 2019) (amicus); *ACLU v. Clearview AI, Inc.*, No. 20 CH 4353, 2021 WL 4164452 (Ill. Cir. Ct., Cook Cnty, Aug. 27, 2021) (counsel).

*Amici* also have particular interest in the subject matter of this lawsuit. For example, in 2022 the ACLU and ACLU of Arizona sent public records requests to the Arizona Attorney General's office and the U.S. Department of Homeland Security seeking records related to the bulk collection of information from money transfer companies, including Defendants in this action. Last year, the ACLU and ACLU of Arizona published more than 200 documents released by the Arizona Attorney General's office that shed light on Arizona's collection and use of these bulk money transfer records. *See Arizona AG Money Transfer Surveillance FOIA Database*, ACLU (Dec. 22, 2022), https://www.aclu.org/foia-collection/arizona-ag-money-transfer-surveillance-foia-database. *See also* Fikayo Walter-Johnson & Nathan Freed Wessler, *How the Arizona Attorney General Created a Secretive, Illegal Surveillance Program to Sweep up Millions of Our Financial Records*, ACLU (Jan. 18, 2023), https://perma.cc/Z7MJ-XTHP.

*Amici* respectfully submit that their proposed letter brief will significantly aid the Court in its resolution of this matter. In particular, *amici* seek to address one important issue regarding the Money Transfer Business Defendants' argument that this action should be dismissed pursuant to Federal Rule of Civil Procedure 19 for failure to join a necessary party, the State of Arizona. *See* Money Transfer Bus. Defs' Mot. To Dismiss Pls' Second Am. Compl. 6–12, ECF No. 157; Money Transfer Bus. Defs' Suppl. Br. in Resp. to Ct. Order, ECF No. 182. *Amici*'s

brief expands on an argument that Plaintiffs raise in their September 26, 2024, supplemental brief. *See* Pls. Suppl. Br. Re Money Transfer Bus. Defs' Mot. to Dismiss 1–2, ECF No 183.

Although the Arizona Attorney General has submitted a letter to this Court claiming an "interest" in this matter, ECF No. 181, *amici* write to explain why Arizona's asserted interest does not amount to a "legally protected interest" as required under Rule 19. As the proposed *amicus* filing explains, the basis of the state's asserted interest—its use of bulk, prospective subpoenas for out-of-state money transfer records—has already been ruled illegal in a binding opinion by an Arizona appellate court. Because an entity cannot have a legally protected interest in continuing to engage in illegal conduct, Arizona's asserted interest does not satisfy the requirements of Rule 19. The correct resolution of this issue is important, as a state should not be able to stymie litigation of claims between other parties based on invocation of an interest in conduct that its own courts have ruled illegal.

Mindful of the Court's limited judicial resources, *amici* seek to file a letter brief of only three pages, and do not seek to intervene as a party or receive any oral argument time. Permitting *amici* to file the attached letter brief will not prejudice any party or delay resolution of this matter. *Amici* are filing as soon as possible after the filing of the Arizona Attorney General's letter of interest late last week, *see* ECF No. 181 (docketed Sept. 26, 2024), and *amici* introduce no new issues not already put in play by the parties in their recent supplemental briefs, *see* ECF Nos. 182 & 183 (each docketed Sept. 26, 2024).

Plaintiffs and Defendants U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement have consented to *amici*'s filing of the proposed brief. The Money Transfer Business Defendants oppose *amici*'s motion for leave to file.

WHEREFORE, the ACLU, ACLU of Arizona, and ACLU of Northern California respectfully request leave to file the attached Brief of *Amici Curiae*.

Dated: September 30, 2024

| | |
|---|---|
| Nathan Freed Wessler (*pro hac vice application pending*) <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> (212) 549-2500 <br> nwessler@aclu.org <br> *Attorney for* Amici Curiae | /s/ *Matthew T. Cagle* <br> Matthew T. Cagle (SBN 286101) <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> (415) 293-6336 <br> mcagle@aclunc.org <br> *Attorney for* Amici Curiae |