| | |
|---|---|
| 1 | Nathan Freed Wessler (*pro hac vice application pending*) |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| 2 | 125 Broad Street, 18th Floor |
| | New York, NY 10004 |
| 3 | (212) 549-2500 |
| | nwessler@aclu.org |
| 4 | *Attorney for* Amici Curiae |
| 5 | Matthew T. Cagle (SBN 286101) |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
| 6 | 39 Drumm Street |
| | San Francisco, CA 94111 |
| 7 | (415) 293-6336 |
| | mcagle@aclunc.org |
| 8 | *Attorney for* Amici Curiae |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| NELSON SEQUEIRA, ORSAY ALEGRIA, and ISMAEL CORDERO, individually an on behalf of all others similarly situated, | Case No. 4:22-CV-07996-HSG |
| Plaintiffs, | [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION OF ARIZONA, AND AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MONEY TRANSFER BUSINESS DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; WESTERN UNION FINANCIAL SERVICES, INC., a Colorado corporation; CONTINENTAL EXCHANGE SOLUTIONS, INC., a Kansas corporation, d/b/a RIA FINANCIAL SERVICES and AFEX MONEY EXPRESS; VIAMERICAS CORPORATION, a Delaware Corporation; and DOLEX DOLLAR EXPRESS, INC., a Texas corporation, | |
| Defendants. | |

Case No. 4:22-CV-007996-HSG
[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE
BRIEF OF *AMICI CURIAE*

Having considered the Motion for Leave to File Brief of *Amici Curiae* American Civil Liberties Union, American Civil Liberties Union of Arizona, and American Civil Liberties Union of Northern California in Support of Plaintiffs' Opposition to Money Transfer Business Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint, the Court concludes that the motion is GRANTED.

IT IS SO ORDERED.

Dated: _____

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE