Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
J. Aaron Lawson (SBN 319306)
alawson@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Sejal Zota (*pro hac vice*)
sejal@justfutureslaw.org
Dinesh McCoy (*pro hac vice*)
dinesh@justfutureslaw.org
Daniel Werner (SBN 322310)
daniel@justfutureslaw.org
JUST FUTURES LAW
95 Washington Street, Suite 104-149
Canton, MA 02021
Tel: 617.812.2822

Natasha Fernández-Silber (*pro hac vice*)
nfernandezsilber@edelson.com
Julian Zhu (SBN 342744)
jzhu@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the proposed Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NELSON SEQUEIRA, ISMAEL CORDERO, MARIA HERNANDEZ, and JOSE ANTONIO MANJARREZ, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br> v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION & CUSTOMS ENFORCEMENT; WESTERN UNION FINANCIAL SERVICES, INC., a Colorado corporation; CONTINENTAL EXCHANGE SOLUTIONS, INC., a Kansas corporation, d/b/a RIA FINANCIAL SERVICES and AFEX MONEY EXPRESS; and DOLEX DOLLAR EXPRESS, INC., a Texas corporation,<br><br>    *Defendants*. | Case No. 4:22-cv-07996-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT** |

**[PROPOSED] ORDER**

The Court having fully considered Plaintiffs' motion to amend or alter the judgment, and the parties' submissions in support thereof and in opposition thereto, the Court hereby **GRANTS** Plaintiffs' motion. The judgment is hereby amended to clarify that the Court's dismissal of Plaintiffs' claims for failure to join a mandatory party is made without prejudice or preclusive effect.

**IT IS SO ORDERED.**

Dated:

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge