United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON SEQUEIRA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 22-cv-07996-HSG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO ALTER JUDGMENT**<br><br>Re: Dkt. No. 188 |

Pending before the Court is Plaintiffs' motion to alter or amend the judgment under Federal Rule of Civil Procedure 19. Dkt. No. 188. The Court finds this matter appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civil L.R. 7-1(b).

On September 30, 2024, the Court held that the State of Arizona and Arizona Attorney General are required parties that must be joined under Federal Rule of Civil Procedure 19, their joinder is not feasible, and dismissal is therefore required. *See* Dkt. No. 184. The Court concluded that "[b]ecause this defect cannot be cured by amendment, dismissal shall be WITH PREJUDICE." *Id.* at 11. However, the Court intended only to state that the dismissal was without leave to amend. As Plaintiffs correctly point out, the dismissal for failure to join a required party under Rule 19 was not an adjudication on the merits, and thus should have been made without prejudice. *See* Fed. R. Civ. P. 41(b) ("Unless the dismissal order states otherwise . . . any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or *failure to join a party under Rule 19*—operates as an adjudication on the merits.") (emphasis added). The Court did not intend to preclude Plaintiffs from bringing their claims in another forum if possible.

Plaintiffs nevertheless concede that not all their claims should be dismissed without prejudice. They acknowledge that they abandoned the Right to Financial Privacy Act ("RFPA")

claim against Continental and Western Union in the Second Amended Complaint. *See* Dkt. No. 195 at 1; Dkt. No. 138 ("SAC"). This claim was properly dismissed with prejudice. *See* Dkt. No. 195 at 1; *see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012).

The Court therefore **GRANTS IN PART** and **DENIES IN PART** Plaintiffs' motion. Dkt. No. 188. The judgment remains with prejudice as to the RFPA claim against Continental and Western Union. However, the judgment is amended to clarify that the Court's dismissal of Plaintiffs' remaining claims for failure to join a mandatory party is made without prejudice as to the RFPA claim against DolEx and the Federal Government Defendants and the UCL claim against all Money Transfer Business Defendants. The Clerk is directed to enter an amended judgment consistent with this order.

**IT IS SO ORDERED.**

Dated:   11/19/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge

2