UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NELSON SEQUEIRA, et al.,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

Case No. 22-cv-07996-HSG

**AMENDED JUDGMENT**

Judgment is hereby entered consistent with the Court's Order Granting in Part and Denying in Part Motion to Alter Judgment,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 19th day of November, 2024.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.